Keith Winzer Express Trust
13383 Eastview Lane
Victorville, CA 92392
323-425-1494

FILED

2023 SEP 12 PM 4:05

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY: AP

### AT THE UNITED STATES DISTRICT COURT FOR
### THE CENTRAL DISTRICT OF CALIFORNIA

B/O

KEITH WINZER EXPRESS ) Case No.
TRUST.
CLAIMANT )   EDCV23-01867-JAK (KKx)
)
v. )
)
)
SHELLPOINT A )
DIVISION OF NEWREZ, )
& Any JOHN DOE(S) TBD )
WRONGDOERS )
)
)

_____

_____

### UNFAIR TRADING PRACTICES; THEFT BY WAY OF DECEPTION; TRUTH IN LENDING ACT VIOLATIONS; ACCORD AND SATISFACTION; BREACH OF CONTRACT; UNCONSTITUTIONAL AND UNCONSCIONABLE CONTRACT

**From the office of the KEITH WINZER EXPRESS TRUST by special appearance under a declaration on behalf of the principle;**
**I Hamilton, Kary Trustee holding power of attorney and in the interest of what's just, equitable and equal. Standing is secured by a declared contract under the trusteeship of this Expressed trust; you can refer to rule 17 for clarification and interpretation of our right to assert this equitable claim. Whereas I present this claim in equity seeking restitution for the following trespasses; pursuant to the declaration of this Express trust and the United States Constitutional enforcement of the right to contract and not have the obligations thereof impaired.**

**1. Preemptive Contractual Language and Failure to Disclose:**

Based on unfair trading practices, misrepresentation and misleading acts committed by Wrongdoers under California state law as well as California State Constitution. Wrongdoers activated standardized elements of Truth in lending act therefore escalating the issue of this adverse claim, to a federal level for a proper enforcement of TILA. The mortgage agreement, as entered into by the plaintiff and the defendants, contains language that subrogates the equity of the plaintiff without sufficiently disclosing this provision. The defendants failed in their legal obligation to disclose vital information within their knowledge, which ultimately resulted in their unjust enrichment at the plaintiff's expense. The defendants' use of deceptive trading practices and misleading preemptive contract language created a false belief in the plaintiff that they were forthcoming and acting in good faith.

 By signing a Promissory Note and Mortgage at the same time it is presented as if all is one document. When in actuality these are 2 documents that are distinct from one another and can exist independently of one another by operation. This is where wrongdoers failed to disclose additional meaningful information and by that action caused an unjust enrichment to themselves by failing to make that part clear in the ambiguous language of the contract at Claimant's expense. Wrongdoers had a legal obligation and duty to inform and be truthful in the lending process.

**2. Ambiguity and Invalidity of the Contract:**

The language utilized in the mortgage agreement is ambiguous and unclear, rendering the validity of the contract and its enforceability questionable. Ambiguity, along with competency, coercion, and sound mind, significantly affects the validity and enforceability of a contract. In this case, the Claimant was not provided clarification regarding the relinquishment of their equitable interests, which would have allowed them to satisfy the outstanding obligation through an Accord and Satisfaction under the law of equal exchange. As such, the Claimant would not have reasonably agreed to subrogate themselves to 30-years of indebtedness if they had been aware of their ability to satisfy the obligation using their equitable interests. The property house being used as a common denominator does not make the note and the lein one; since one property can be used as collateral in more than 1 type of contract. So the question is when was the contract consummated to determine which documents enforceability is prioritized. This is the other issue: lack of consideration invalidates the formation of a binding contract.

**3. Violation of Constitutional Rights:**

The actions of the Wrongdoers, as evidenced by the mortgage agreement, violated the plaintiff's constitutional rights as provided by the Constitution of California and the United States of America Constitution. Specifically, the defendants' failure to disclose meaningful information resulted in the unconstitutional deprivation of the Claimant fair dealing and due process rights. The defendants' misconduct caused the Claimant to make unnecessary mortgage payments, including the down payment, thus leading to a loss of equity and damages. The loss of property without due process which was claimants right and property rights were trespassed upon thus establishing a constitutional violation.

4. Restitution and Applicable Defenses:

Based on the aforementioned violations, the Claimant asserts a claim for restitution in the amount of the outstanding balance of $ 472,287.00 (minus what was paid in mortgage payments) be it by setoff or offset. Claimant is seeking full recovery of the unnecessary mortgage payments made to the Wrongdoers, in the amount of $31,751.61 which includes the down payment and mortgage payments.  Any and all other damages suffered from the unfair contract, in support of this claim and defense, the Claimant relies on the principles of Accord and Satisfaction to offset  any remaining outstanding balance. The total amount demanded and being sought for damages absent the outstanding balance is $150,000.00 dollars and zero cents. Making the grand total of damages for suit $661,587.12
Claimant also demands a release of lein and title to the property to be executed immediately to Claimant respectfully.

5. Summary:

Due to Information that Wrongdoers relied on that the claimants did not know was used to Claimant's detriment which wrongdoers ultimately benefited from, thus establishing their unjust enrichment of Claimant's interest as well causing an interference for the real party of interest Trustee to facilitate an administrative title transfer to the express trust as declared by principal contract. Because Wrongdoer's actions caused a disruption in the Trustees obligations by causing the real party of interest to take action to protect the express trust interest. The Trustee had to stop his fiduciary duties to employ a strategy to protect the principles wishes; under declaration of trust in order to investigate,research, and legally find grounds on how this possibly happened then to initiate suit if we couldn't settle prior to any court filing. Using these deceptive trading practices Wrongdoers constructively and unlawfully stole property belonging to Claimant's in the form of rights; as well as tangible Promissory Note property. Whereas Claimant's loss rights to have standing as a beneficial interested party in Promissory Note. This would subject Claimants to unfair hardships and obstacles in defending the title of Debtor; or asserting a claim in defense of these acts by Wrongdoers due to the way the mortgage agreement was constructed and deprived claimants of important rights.

This act caused a loss of claims and defenses to the extent of the note. Therefore the Claimant who was primarily the principal creditor of note; would lack standing under the law to assert any claims to note based on preemptive contractual language, used to mislead Claimant into agreeing to the terms. Under the circumstances both parties had a different understanding of the same key element in this whole contract. Which is who owes what amount? Then is consideration of all the elements of a valid contract formed to substantiate its enforcement?  Claimant reached out to Wrongdoers on 3 different occasions under a notice of a right to rescission. Wrongdoers failed to address any wrongdoing or ability to rescind and was given 60 days prior to the filing of this adverse claim to administrate a settlement between the parties before escalation.

**VERIFICATION**

I, _____, the Real Party of Interest on behalf of the KEITH WINZER EXPRESS TRUST in this matter, hereby declare under penalty of perjury under the laws of the State of California that the foregoing pleading is true and correct to the best of my knowledge and belief.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of _San Bernardino_ ss.

On _09/11/2023_ , 20____ before me J. J. Perez,

Notary Public, personally appeared _Keith Winzer_ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies); and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

Notary Signature _____

J. J. PEREZ
COMM. #2324602
Notary Public - California
San Bernardino County
My Comm. Expires Mar. 16, 2024

## POWER OF APPOINTMENT

## AFFIRMATION

Know all men by these presents: that the KEITH WINZER EXPRESS TRUST declares and appoints Hamilton, Kary as Co-Trustee Protector with the true and lawful power of Attorney for this Express trust effective 08-17-2023 and must be signed and notarized no later then 30 days from effective date to be considered valid.


I_____ Keith Winzer (Principal)

Upon acceptance of this power of attorney in fact under this Express Trust Agreement the appointed Trustee shall have executive powers of substantial decisions regarding the affairs of this trust therefore it is hereby prohibited for any other United States person(s) to have the authority to control any interests and or administrate this Trust whereas

I _Hamilton, Kary_ (Co-Trustee Protector/ Power of Attorney) under seal of this Trust has accepted this position of Co- Trustee all information needed to establish the identity of said Trustee is as follows:

I _Hamilton, Kary_ affirm and agree to act  in all places and stead; whereas for the sake of the Principal,and in the interest of all that is beneficial to said Principals wishes; I shall duly act with prudence and good faith and according to the terms expressed herein:

To ask, demand,request, file, sue,recover, register, collect and receive each and every sum of money, credit, account legacy, bequest,interest, dividend, annuity and demand which now is or hereafter shall become due owning or payable or dischargeable belonging to or accepted or claimed by me, or presented to the Debtor, and to use and take lawful and/or  commercial means necessary for the recovery thereof;

To exercise rights of possess, confiscate, or seize all personal property, private property and any property, goods, wares and merchandise, chooses in action and other property in possession or where a security interest is established and to or in other actions;

To secure by private registration the interest, or the security interest in any and all property where necessary, to accept for value and to discharge any and all debts for fine,fee, or tax where necessary, to cause the commercial adjustment of any such account held open against the debtor;

To open checking, savings,and investment accounts, and to make deposits and withdrawals, to write checks,Money Orders, Promissory Notes, and or bonds to finalize any business on behalf of the trust.

To request, retrieve,file, submit, or otherwise any papers for any matter whether commercial quasi-judicial, administrative, or otherwise and to sign my legal corporate name as my net and deed, to execute and deliver the same for any redress or remedy, claim, suit or otherwise.

To determine in his sole discretion the time, purpose for and manner in which any power herein conferred upon him shall be exercised , and the conditions, provisions, and covenants of any instrument(s) or document(s) which may be executed on this "Power of attorney" pursuant hereto.

To exercise any powers herein for the acquisition or distribution of real, personal or private property.

Executed on this ___12___ day _September_ 2023

_____
Principal

_____
Co-Trusteeship Protector/ Power of Attorney

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of _San Bernardino_ }ss.

On _September 12, 2023_ before me J. J. Perez,

Notary Public, personally appeared _Keith Winzer_, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

Notary Signature _____

J. J. PEREZ
COMM. #2324602
Notary Public - California
San Bernardino County
My Comm. Expires Mar. 16, 2024

Shellpoint a division Newrez

Subject: Final Notice - Failure to Cure Breach of Contract

I hope this letter finds you well. I am writing to bring to your attention the continued breach of contract regarding the mortgage agreement between us and Shellpoint, a division of Newrez. This letter serves as the final notice, following two previous correspondences, in which you were given an opportunity to cure the breach, yet have failed to do so.

We are in receipt of your late correspondence and unfortunately we respectfully reject your request to recraft our previous terms and conditions. Please refer to your terms and conditions sent in previous documents sent to you regarding this matter. We may reconsider our position but shall strictly adhere to terms expressed I. Our agreement of which you are indebted to us for an amount of $32,838.50 that's in default, as a result of our agreement. We also are aware of your attempt to backdate your response to comply with our initial letters that you chose to ignore. Please do not attempt to continue to abuse our contractual agreement for resolution; to mislead or use deceptive trading practices to circumvent the nature of action you took against that ultimately caused damages to this family. If you settle your outstanding balance from our last invoice and all conditions of our settlement in our initial offer, then we may have an agreement of the parties constructed strictly between the parties and their authorized representatives.

As stipulated in our mortgage agreement dated  May 04, 2022 both parties are bound by the terms and conditions explicitly stated within the contract and the fundamental laws of contract and equity. It is with deep disappointment that I must express my dissatisfaction with the manner in which Shellpoint, a division of Newrez, has conducted business, particularly in regard to the equitable restitution owed due to the breach of contract and lack of consideration.

I would like to remind you that as the mortgage company, you have the responsibility to fulfill your obligations under the contract. However, despite repeated notifications from my end, highlighting the breach, misappropriated accounting and illegally countersigning a instrument ; mortgage purporting to be denominated in U. S. currency and seeking prompt and appropriate rectification, Shellpoint a division Newrez has failed to take necessary action to cure the breach.

It is essential to understand that this breach of contract has caused severe financial hardship and significant distress on my part. I have followed proper protocol by providing you with ample opportunity to resolve the issue, and yet, no satisfactory resolution has been reached.

As per the principle of accord and satisfaction, I am left with no choice but to pursue equitable restitution concerning the breach of contract. I require immediate attention to this matter so that we can find a fair and mutually agreeable resolution.

Therefore, I kindly request. to take prompt and appropriate action to cure the breach and fulfill its contractual obligations to prevent further escalations. I expect to receive a written response from you within [reasonable time period, e.g., 14 days] from the receipt of this letter, outlining your proposed resolution to the breach.

Please be advised that failure to acknowledge and rectify the breach within the prescribed timeframe may leave me with no alternative but to seek legal recourse to protect my rights and interests. I sincerely hope that it will not come to that, and we can reach a fair and satisfactory resolution promptly.

Thank you for your attention to this serious matter. I look forward to your immediate

Affiant

08 / 09    2023

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of Sun Bernadino }ss.

On August 9, 2023 before me J. J. Perez,

Notary Public, personally appeared Keith A Winzer,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

Notary Signature



J. J. PEREZ
COMM. #2324602
Notary Public - California
San Bernardino County
My Comm. Expires Mar. 16, 2024

K. WINZER

March 5, 2023

Re: INTERNAL REVENUE SERVICE

RE: SHELLPOINT A DIVISION OF NEWREZ

1000 VIRGINIA DRIVE  #125

FORT WASHINGTON, PENNSYLVANIA 19034

ATTN: ACCOUNTS PAYABLE/ ACCOUNTS RECEIVABLE

**RE: Form 1099 A,1096 and Payable Instrument**

ATTN: ACCOUNTS PAYABLE/ ACCOUNTS RECEIVABLE

**RE:** Account# 0677306680

**RE: Form 1099 A,1096 and Payable Instrument**

We trust your company is performing it's best  and hope that you receive this letter in kindness.

Please see the attached financial documents & instruments with the intention of discharging the accrued obligation shown above for Account Number: 0677306680

 This discharge is  for the purposes of and commencement of a reduction of public debt; in the interest of the United States. All required information is prescribed unto said instrument(s). So if you have any questions please do not hesitate to provide instruments to your legal department for further clarification. All corresponding documents have been sent to the Internal Revenue Service in order to balance the bookkeeping. The same is being preserved on my records for tax and accounting purposes.

Please forward these correspondences to the proper department, if this has been delivered to
the improper department please forward to the appropriate responsible party or department.

If additional information is needed please use the contact information on file to reach out
regarding this transaction.

MARCH 5, 2023

Date

Affiant/ Authorized Representative

IMPORTANT NOTICE
_____

Opportunity to Cure or Accelerate Breach of Contract Document


Introduction

This document serves a second notice to the breaching party regarding the breach of an
existing contract between the parties. The breaching party is hereby given an opportunity
to cure the breach within a specified period or face the acceleration of the contract. This
opportunity to cure or accelerate a contract/ agreement  is governed by the laws
governing contractual agreements in the state of California and the terms agreed upon in
the original contract between the parties. Please respond in writing to our original
correspondence as soon as possible.

Background

The parties entered into a contract for the delivery of goods or services. The agreement
stipulated and outlined the terms and conditions for the delivery of goods or services,
payment amounts and timelines, risk allocation, and termination clauses. The breaching
party misrepresented the terms of the agreement, specifically by not giving consideration
for my property i.e. the  Promissory Note. You Shellpoint, a division of Newrez company
without the consent of the other party, obstructed the equity due to me and I was
damaged by the debt I took on in good faith. It was your failure to disclose the fact that
there was no debt due, at closing and after closing upon acceptance of my property for
fair market value if you gave me proper consideration. Since you gave no consideration
the fundamentals of a valid contract was never satisfied.The misrepresentation
constitutes a breach of the contract and the right to rescission has been exercised.

Opportunity to Cure

The breaching party is given 15 business days from the date of this letter to cure the
breach. During this period, the breaching party is required to take all reasonable steps to
correct the breach, including the payment of any outstanding payments or the delivery of
goods in accordance with the specified terms. Any failure to cure the breach within the
period provided will result in the acceleration of the contract.

Acceleration

Please note that a daily late charge accrues at a rate of $108.63 for every day that
satisfaction and or return of equity has not occurred. If the breach is not cured within the

15 business days period specified in this letter, the non-breaching party reserves the right to accelerate the contract after a final notice. The acceleration means that the entire sum of the contract is due immediately and subject to court proceedings and legal action including any interest and fees that might have accrued since the breach. This acceleration will be enforced in accordance with the laws governing contractual agreements in the state of California and the terms agreed upon in the original contract.

Conclusion

This opportunity to cure or accelerate a document serves as notice to the breaching party. The party is given a chance to remedy the breach, or the contract will be accelerated for immediate payment. The involved parties are hereby requested to abide by the laws governing contractual agreements in (state/country) and the original terms of the agreement. Any dispute that might arise in the process of curing or accelerating the contract will be handled through mediation, arbitration or legal channels, whichever the parties agree upon.

_____
Affiant

_____2023
Date

NOTICE OF DISHONOR; NOTARY PROTEST;
NOTICE OF RESCISSION

I _Keith Winzer_ hereby affirm that the following claims are true and correct to the best of my ability and knowledge under this Notary Protest and notice of dishonor, protest and rescission demands your compliance with the Boards regulatory administrative process; in the enforcement of my rights under rescission. The original disclosures required by law that you were supposed to give to me have not been received. The following missing disclosures are mentioned below

1. You failed to make disclosures in writing regarding the coverage of the debtor by the insurance. You failed to disclose in writing; that in order to obtain insurance in connection with extension of credit, the person to whom credit is extended; must give specific affirmative written indication of the desire to do so. I was not given consideration to exercise this right; because I never received the required written disclosures from Shellpoint, a division of Newrez of the cost thereof to consider it. Therefore establishing a breach of contract under the Truth In Lending provision of our contract thus also establishing a violation of the Truth in Lending Act federally. This is where it came into my knowledge; that I would exercise my right to rescission and Notary protest for non payment and consideration of my equity in this credit transaction. This established the notice of dishonor of our contract by you; for non-payment under a notary protest governed under commercial principles of law. The California State commercial code Article 3-505 Evidence of dishonor; establishes equitable remedies to a party that is lawful and not outside the scope of contract to exercise. Strictly regarding uniform supplemental interpretation of contractual rights and duties in commerce between parties.

2. Shellpoint a division of Newrez under the Mortgage failing to disclose the right to rescind to the consumer under Pursuant to 15 U.S.C. § 1601 et seq. and Public Law 90-321, May 29, 1968, 83 Stat., Chapter 1, General Provisions Section(s) 102-114 and Chapter 2 Credit Transactions 121-131, you Shellpoint a division of Newrez the alleged lender was required to disclose certain information regarding the loan, including the finance charge, which includes insurance, down payment and all related amounts arising from any financing. You failed to make disclosures regarding the true nature of the amount due. Whereas the Public Law states the determination of the finance charge payable directly or indirectly shall be the sum of all charges. I tendered a Promissory Note; a financial asset in which my social security number was being used as a credit device, as defined within Truth in Lending Act.

3. My social security number was exchanged with Shellpoint, a division of Newrez which was a reinsured pledge of full faith and credit security of the United States and affirmed in law as legitimate consideration for the promises made thereunder the tender. The bank never disclosed in writing whether my Promissory Note was the equivalency of the fair market value of the house, under an Accord and Satisfaction. The bank never clarified in writing whether my Promissory Note should have been matched with consideration dollar for dollar. The intent of the Board of the Governors of the Federal Reserve under the Truth in Lending Act have unambiguously expressed the conditions of a notice of rescission and its enforcement requirements and time frame in which the Shellpoint, a division of Newrez could act.

4. The Generally Accepted Accounting Principles and FASB #95 statements of cash flows; these transactions require a statement of cash flows; classify cash receipts and payments according to whether they stem from operating, investing or finance activities and provide definitions for each category. This is accomplished by using the direct method or if using the indirect or reconciliation method the latter. Because there was no money due to Shellpoint, a division of Newrez under the Promissory Note when entry of its value was ledgered on their balance sheet. Financial accounting standards Board requires under G.A.A.P. ( Generally Accepted Accounting Principles) that granting of loans by a bank of proceeds is a cash payment by the bank; and a cash receipt to the customer. Shellpoint, a division of Newrez never disclosed such was true as evidenced in their expectation of money 8n the form of monthly payments.

5. So there could be no other form of demand for payment in a specific coin or currency under the obligation of this contract; unless the alleged lender was acting untruthfully in this lending process, by frustrating the objectives of the Truth in Lending act that would otherwise protect both parties from such liabilities. There exists no right in contract that allows one to surrogate the equity of the principle without just cause, compensation and or by some order of justice. Such an act would be unreasonable by a prudent man acting on behalf of; or for the practice of another. These contractual rights are also secured by the 4th amendment of the California State Constitution.

6. Shellpoint, a division of Newrez still has not clarified the reason behind why they have failed to disclose the amount due at closing was actually $0.00 and not . Also how did I give a security interest in property to the lender for property not owned by me yet. Because I didn't get my keys until after I signed the agreement, which was a Fraudulent conveyance of property. Shellpoint, a division of Newrez, attempted to collect a debt from enforcing this contract; knowingly and aware it was void from inception of its misrepresentation. The congressional intent of the Truth in Lending Act regarding consumer credit transactions whereas a person willfully acted and knowingly acted in false, inaccurate or a failure to provide

information such a person would be subject to criminal liability and is punishable by up to a year in jail, and a maximum fine of $5000.00.

Examples of the finance charge was to include, but are not limited to, charges for credit life insurance, disability insurance, extended warranty coverage, and fees for titling. The finance charge must be clearly and conspicuously disclosed in writing to the consumer prior to entering into the loan agreement which was not done.

Furthermore, the lender allegedly failed to disclose the right to rescind to the consumer within the specified time frame as outlined under Public Law 90-321. As a result, I was not properly informed of my rights; under the law and was unable to rescind the loan if I so chose and make a more informed decision. Although the act establishes a statute of limitation, the statute of frauds and the right of equitable toline re-establishes any presumed rights of expiration,abandonment and or waivers of which Shellpoint a division of Newrez Is subject.

All of the above violations are at the core of the Truth in Lending Act, your failure to comply with the Act has resulted in the following settlement offers below please read carefully

## Terms of settlement

A-1. I ask that all monthly payments received from me and  given to you  be returned in full. If sent by check, use registered mail, if by ACH, EFT or other bank transfer then use the bank account you have on file. Please send immediately upon administration of the enforcement of my right to rescind.

A-2. I demand in compliance with the truth in lending act administrative enforcement; that all monies paid in the amount of $_____ from misappropriated funds and loss of equity, paid under the disguise of a mortgage payments and down payments or earnest money.

A-3. I demand that  in compliance with the Truth in Lending acts administrative enforcement; that all monies paid in the amount of $_____ from misappropriated funds paid in insurance as a result of your failure to disclose, and a loss of equity in the above mentioned amount.

A-4. I demand that  in compliance with the Truth in Lending acts administrative enforcement; that all monies be paid  for settlement in the amount of $2500.00

**Important Notices**

Settle Of The Account. And remove any false credit information being furnished as a result of this transaction and violations of the act governing these equitable **remedies** (I.e: Release the lien on the property & send title)

2. Stipulation & Condition: Failure to settle account in amount tendered shall be synonymous with the full acceptance of monetary liability of actual damages, statutory damages, irreparable damages, lawyer fees, court cost, future damages and other monetary value to be disclosed hereafter payable to _____

3. Waiver: You hereby agree by waiver that your failure to respond within 10 days of receipt of this Notice of Rescission by certified or registered mail. Your failure to acknowledge and act upon this Notice of Dishonor and Notice of Notary Protest will result in your acceptance of all the terms and conditions expressed herein as true and correct including all of its claims for recoupment.

_____
**Affiant**

_____
**Date**

**K**
Winzer
California

# INVOICE

**Invoice# KW-1**

Bill To:

**SHELLPOINT a division of Newrez**
75 Beattie Pl 300
Greenville South Carolina 29601

Invoice Date :     Jan 01, 2023

Due Date :

| # | Item Description | Qty | Rate | Amount |
|---|------------------|-----|------|--------|
| 1 | Late fees ( daily) | 2 | 108.73 | 217.46 |
| 2 | Return of equity | 1 | 28489.31 | 28489.31 |
| | | | Sub Total | 28706.77 |
| | | | **TOTAL** | **$28706.77** |

Notes

Terms & Conditions

Please make the payment by the due date or daily late fee will continue to accumulate until full satisfaction of obligation.

Powered by: 

**K**
Winzer
California
U.S.A

# INVOICE

**Invoice# KW-1**

Bill To:

**Shellpoint a division of Newrez**
75 Beattle Pl 300
Greenville South Carolina 29601
U.S.A

| Invoice Date : | May 01, 2022 |
| --- | --- |
| Due Date : | Jun 20, 2023 |

| # | Item Description | Qty | Rate | Amount |
| --- | --- | --- | --- | --- |
| 1 | Late fees (daily) | 2 | 108.73 | 217.46 |
| 2 | Insurance | 1 | 496.00 | 496.00 |
| 3 | Equitable down payment/ deposit | 1 | 28489.3 100 | 28489.31 |
| 4 | Equity return | 2 | 3262.31 | 6524.62 |

| | | |
| --- | --- | --- |
| | Sub Total | 35727.39 |
| | Sales Tax (10%) | 3572.74 |
| | **TOTAL** | **$39300.13** |

Terms & Conditions

Please make the payment by the due date or daily late fee will accumulate until full satisfaction of obligation.



LOAN #: 4255791435

## BORROWER'S CERTIFICATION & AUTHORIZATION

### Certification

The undersigned certify the following:

1.  I/We have applied for a mortgage loan from **Paramount Residential Mortgage Group, Inc.**

    ("Lender").
    In applying for the loan, I/we completed a loan application containing various information on the purpose of the loan, the amount and source of the down payment, employment and income information, and assets and liabilities. I/We certify that all of the information is true and complete. I/We made no misrepresentations in the loan application or other documents, nor did I/we omit any pertinent information.
2.  I/We understand and agree that Lender reserves the right to change the mortgage loan review process to a full documentation program. This may include verifying the information provided on the application with the employer and/or the Financial Institution.
3.  I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements when applying for this mortgage, as applicable under the provisions of Title 18, United States Code, Section 1014.

### Authorization to Release Information

To Whom It May Concern:

1.  I/We have applied for a mortgage loan from Lender. As part of the application process, Lender and the mortgage guaranty insurer (if any) may verify information contained in my/our loan application and in other documents required in connection with the loan, either before the loan is closed or as part of its quality control program.
2.  I/We authorize you to provide to Lender and to any investor to whom Lender may sell my mortgage, and to the mortgage guaranty insurer (if any), any and all information and documentation that they request. Such information includes, but is not limited to, employment history and income; bank, money market, and similar account balances; credit history; and copies of income tax returns.
3.  Lender or any investor that purchases the mortgage or the mortgage guaranty insurer (if any) may address this authorization to any party named in the loan application.
4.  A copy of this authorization may be accepted as an original.
5.  Your prompt reply to Lender, the investor that purchased the mortgage, or the mortgage guaranty insurer (if any) is appreciated.
6.  Mortgage guaranty insurer (if any): **HUD**

### VA, FHA and USDA Loans

This is notice to you as required by the Right to Financial Privacy Act of 1978 that:

| | |
|---|---|
| **N/A** | Department of Veterans Affairs (VA) |
| **X** | Department of Housing and Urban Development |
| **N/A** | Department of Agriculture (USDA) |

has a right of access to financial records held by a financial institution in connection with the consideration or adminis-tration of assistance to you. Financial records involving your transaction will be available to the agency indicated above without further notice or authorization, but will not be disclosed or released to another Government Agency or Department without your consent except as required or permitted by law. You are authorizing such disclosure for a period of time not in excess of three months. Prior to the time that your financial records are disclosed, you may revoke this authorization at any time; however, your refusal to provide the information may cause your application to be delayed or rejected. If you believe that your financial records have been disclosed improperly, you may have legal rights under the Right to Financial Privacy Act of 1978 [12 USCS Sections 3401 et seq.].

I/We consent to the use of the information provided by us for any purpose relating to origination, servicing, loss mitigation, and disposition of the Mortgage or Property securing the Mortgage and relating to any insurance claim and ultimate resolution of such claims by the lender/servicer and FHA.

_____    5/4/22
**KEITH A WINZER**                                                      **DATE**

_____    5/4/22
**ANDREA VEOLA WINZER**                                         **DATE**

ICE Mortgage Technology, Inc.

GBCT  0719
GBCT (CLS)
05/03/2022 03:43 PM PST

LOAN #: 4255791435

**Paramount Residential Mortgage Group, Inc.**

## EQUAL CREDIT OPPORTUNITY ACT NOTICE

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); or because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliance with this law concerning this creditor is:

**Federal Trade Commission**
**Equal Credit Opportunity**
**Washington, DC 20580**

Alimony, child support, or separate maintenance income need not be revealed if you do not wish to have it considered in determining your creditworthiness.

5/4/22

**KEITH A WINZER**                                                                      **DATE**

5/4/22

**ANDREA VEOLA WINZER**                                                         **DATE**

GNTC 0221
GNTC (CLS)
05/03/2022 03:43 PM PST

# HAZARD INSURANCE AUTHORIZATION, REQUIREMENTS AND DISCLOSURE

Borrower(s):  **Keith A Winzer**
          **Andrea Veola Winzer**

Date:  **05/03/2022**

Loan Number:  **4255791435**

Property Address:  **13383 East View Lane, Victorville, CA 92392**

Lender:  **Paramount Residential Mortgage Group, Inc. , a California Corporation**

California Civil Code 2955.5(a) provides:
　　No lender shall require a borrower, as a condition of receiving or maintaining a loan secured by real property, to provide hazard insurance coverage against risks to the improvements on that real property in an amount exceeding the replacement value of the improvements on the property.

Listed below are your Lender's policies and procedures and minimum requirements for Hazard Insurance which must be provided covering the subject property unless otherwise provided by applicable state law:

1.  Coverage must equal the lesser of the following:

    •  100% of the replacement value of the improvements on the property, or

    •  the unpaid principal balance of the mortgage, as long as it equals the minimum amount—80% of the insurable value of the improvements—required to compensate for damage or loss on a replacement cost basis. If it does not, then coverage that does provide the minimum required amount must be obtained.

2.  The insurance company providing coverage must have a(n)   **"A"**   rating or better in the latest edition of "Best's Insurance Guide," must be licensed in the State in which the property described above is located, and must be licensed to transact the lines of insurance required in the transaction.

3.  Policy shall provide at least "Broad Form" coverage on properties of one to four units, and at least "Vandalism & Malicious Mischief" on properties with over four units, with no deviation. Homeowners policies must provide coverage equal to "HO 2" form.

4.  The maximum deductible must not exceed **5.000 % of the face amount of the insurance policy.**

5.  Policy must provide coverage for a term of at least   **One (1) Year(s).**   Premiums may be paid on an annual installment basis only if the policy provides that the Lender will be notified in writing of cancellation 30 days prior to expiration of coverage, for any cause. Binders are not acceptable, unless otherwise mandated by state law.

6.  If any existing policy is provided which will expire within **Six (6) Month(s)**   from the date of the recording of this loan, said policy must be renewed for the required term as noted in #5 above.

7.  All forms and endorsements pertaining to the Lender's requirements must appear on the "Declaration Page" of the policy.

8.  New policies must be accompanied by a signed "Broker of Record Authorization" if borrower(s) have changed Insurance Agents.

9.  Verification of renewal of insurance policies must be in the Lender's office at least thirty days prior to the expiration date of the existing policy. If this requirement is not met, the LENDER OR ITS SUCCESSORS OR ASSIGNS MAY AT THEIR OPTION, BUT WITHOUT OBLIGATION TO DO SO, PROVIDE COVERAGE TO REPLACE ANY EXPIRING POLICIES WHICH HAVE NOT BEEN PROPERLY RENEWED. The premium for such coverage will be remitted promptly by the undersigned, or Lender may charge borrower's account for the cost thereof.

10. The policy must include a standard "mortgagee loss payee clause" (Lenders Loss Payable Endorsement form 438 BFU or equivalent) in favor of:
    **Paramount Residential Mortgage Group, Inc. , a California Corporation, Its Successors And/Or Assigns
    1265 Corona Pointe Court, Suite 301
    Corona , CA 92879**



LOAN #: 4255791435

11. Property address and insureds' names must be designated on the policy as on the ALTA Title Policy.

12. The Lender's loan number must appear on the policy and any subsequent endorsements.

13. Effective date of new policies, endorsements, and/or assignments shall be as of, or prior to, the date of recording this loan.

14. If the security property is a condominium, the master insurance policy must contain a minimum of **$1,000,000.00** coverage for "Directors & Officers" liability as well as "walls-in" coverage policy (commonly known as HO-6 policy). The policy must include replacement of improvements and betterment coverage to cover any improvements that you may have made to the unit. A copy of the master policy must be submitted to the Lender prior to funding.

AN ACCEPTABLE POLICY, WITH ENDORSEMENTS AND/OR ASSIGNMENTS, MUST BE FORWARDED TO AND RECEIVED BY LENDER BEFORE THIS LOAN CAN BE FUNDED: OTHERWISE, LENDER MAY BE FORCED TO PLACE INTERIM COVERAGE ON THE PROPERTY AT AN ADDITIONAL COST TO THE BORROWER(S).

Each of the undersigned acknowledges that he or she has read and understands the foregoing provisions and insurance requirements. This authorization will remain irrevocable for the undersigned as owner(s) of the subject property, and for any assignees, for as long as this loan remains on subject property.

| | |
|---|---|
| KEITH A WINZER | 5/4/22 DATE |
| ANDREA VEOLA WINZER | 5/4/22 DATE |

LOAN #: 4255791435

## IMPORTANT PRIVACY CHOICES FOR CONSUMERS

**You have the right to control whether we share some of your personal information.**
**Please read the following information carefully before you make your choices below.**

### Paramount Residential Mortgage Group, Inc.

### Your Rights

You have the following rights to restrict the sharing of personal and financial information with our affiliates (companies we own or control) and outside companies that we do business with. Nothing in this form prohibits the sharing of information necessary for us to follow the law, as permitted by law, or to give you the best service on your accounts with us. This includes sending you information about some other products or services.

### Your Choices

**Restrict Information Sharing With Companies We Own or Control (Affiliates):** Unless you say "No," we may share personal and financial information about you with our affiliated companies.

☒ NO, please do not share personal and financial information with your affiliated companies.

**Restrict Information Sharing With Other Companies We Do Business With To Provide Financial Products And Services:** Unless you say "No," we may share personal and financial information about you with outside companies we contract with to provide financial products and services to you.

☐ NO, please do not share personal and financial information with outside companies you contract with to provide financial products and services.

--------------------------------------------------------------------------------------------------------------

### Time Sensitive Reply

You may make your privacy choice(s) at any time. Your choice(s) marked here will remain unless you state otherwise. However, if we do not hear from you we may share some of your information with affiliated companies and other companies with whom we have contracts to provide products and services.

Name: <u>Keith A Winzer</u>

Account or Policy Number(s): _____ [to be filled in by consumer]

Signature: _____ 

To exercise your choices do one of the following:

[Mandatory]

(1) Fill out, sign and send back this form to us using the envelope provided (you may want to make a copy for your records)

[Optional]

(2) Call this toll-free number:          or  **951-278-0000**

OR

(3) Reply electronically by contacting us through the following Internet option:

ICE Mortgage Technology, Inc.

CAPRIV_S  0316
CAPRIVS (CLS)
05/03/2022 03:43 PM PST

LOAN #: 4255791435

## IMPORTANT PRIVACY CHOICES FOR CONSUMERS

**You have the right to control whether we share some of your personal information.**
**Please read the following information carefully before you make your choices below.**

**Paramount Residential Mortgage Group, Inc.**

### Your Rights

You have the following rights to restrict the sharing of personal and financial information with our affiliates (companies we own or control) and outside companies that we do business with. Nothing in this form prohibits the sharing of information necessary for us to follow the law, as permitted by law, or to give you the best service on your accounts with us. This includes sending you information about some other products or services.

### Your Choices

**Restrict Information Sharing With Companies We Own or Control (Affiliates):** Unless you say "No," we may share personal and financial information about you with our affiliated companies.

☑ NO, please do not share personal and financial information with your affiliated companies.

**Restrict Information Sharing With Other Companies We Do Business With To Provide Financial Products And Services:** Unless you say "No," we may share personal and financial information about you with outside companies we contract with to provide financial products and services to you.

☑ NO, please do not share personal and financial information with outside companies you contract with to provide financial products and services.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### Time Sensitive Reply

You may make your privacy choice(s) at any time. Your choice(s) marked here will remain unless you state otherwise. However, if we do not hear from you we may share some of your information with affiliated companies and other companies with whom we have contracts to provide products and services.

Name:  __Andrea Veola Winzer__

Account or Policy Number(s): _____    [to be filled in by consumer]

Signature: 

To exercise your choices do one of the following:

[Mandatory]

(1) Fill out, sign and send back this form to us using the envelope provided (you may want to make a copy for your records)

[Optional]

(2) Call this toll-free number:          or  **951-278-0000**

OR

(3) Reply electronically by contacting us through the following Internet option:

ICE Mortgage Technology, Inc.

CAPRIV_S  0316
CAPRIVS (CLS)
05/03/2022 03:43 PM PST

## BORROWER CONSENT TO THE USE OF TAX RETURN INFORMATION

Borrower(s):  **Keith A Winzer AND Andrea Veola Winzer**     Date: **May 3, 2022**

Loan Number: **4255791435**

Property Address: **13383 East View Lane**
**Victorville, CA 92392**

Lender: **Paramount Residential Mortgage Group, Inc.**

I/We,  **Keith A Winzer AND Andrea Veola Winzer**

understand, acknowledge, and agree that the Lender and Other Loan Participants can obtain, use and share tax return information for purposes of (i) providing an offer; (ii) originating, maintaining, managing, monitoring, servicing, selling, insuring, and securitizing a loan; (iii) marketing; or (iv) as otherwise permitted by applicable laws, including state and federal privacy and data security laws.

The Lender includes the Lender's affiliates, agents, service providers and any of aforementioned parties' successors and assigns. The Other Loan Participants includes any actual or potential owners of a loan resulting from your loan application, or acquirers of any beneficial or other interest in the loan, any mortgage insurer, guarantor, any servicers or service providers for these parties and any of aforementioned parties' successors and assigns.

ACKNOWLEDGEMENT

**By signing below, you hereby acknowledge reading and understanding all of the information disclosed above, and receiving a copy of this disclosure on the date indicated below.**

_____     5/4/22 _____
**KEITH A WINZER**                                          **DATE**

_____     5/4/22 _____
**ANDREA VEOLA WINZER**                                **DATE**

©2019 The Mortgage Industry Standards Maintenance Organization. All rights reserved.
ICE Mortgage Technology, Inc.

L00000BCTAXRI   0520
GBCTAXRIJ (CLS)
05/03/2022 03:43 PM PST

# CALIFORNIA NOTICE TO HOME LOAN APPLICANT

Borrower(s): **Andrea Veola Winzer**

Date: **May 3, 2022**

Loan Number: **4255791435**

Property Address: **13383 East View Lane**
**Victorville, CA 92392**

Lender/Broker: **Paramount Residential Mortgage Group, Inc.**     Loan Originator: **Sandee K Evans**

License #: **4131268**
NMLS #: **75243**

License #: **CA-DBO885975**
NMLS #: **885975**

**As required by California Law, you are hereby notified:**

## NOTICE TO THE HOME LOAN APPLICANT

In connection with your application for a home loan, the lender must disclose to you the score that a credit bureau distributed to users and the lender used in connection with your home loan, and the key factors affecting your credit scores.

The credit score is a computer generated summary calculated at the time of the request and is based on information a credit bureau or lender has on file. The scores are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit scores can change over time, depending on your conduct, how your credit history and payment patterns change, and how credit scoring technologies change.

Because the score is based on information in your credit history, it is very important that you review the credit-related information that is being furnished to make sure it is accurate. Credit records may vary from one company to another.

If you have questions about your credit score or the credit information that is furnished to you, contact the credit bureau at the address and telephone number provided with this notice or contact the lender, if the lender developed or generated the credit score. The credit bureau plays no part in the decision to take any action on the loan application and is unable to provide you with the specific reasons for the decision on a loan application.

If you have questions concerning the terms of the loan, contact the lender.

**As required by Federal Law, you are hereby notified:**

## NOTICE TO THE HOME LOAN APPLICANT

In connection with your application for a home loan, the lender must disclose to you the score that a consumer reporting agency distributed to users and the lender used in connection with your home loan, and the key factors affecting your credit scores.

The credit score is a computer generated summary calculated at the time of the request and is based on information a consumer reporting agency or lender has on file. The scores are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit scores can change over time, depending on your conduct, how your credit history and payment patterns change, and how credit scoring technologies change.

Because the score is based on information in your credit history, it is very important that you review the credit-related information that is being furnished to make sure it is accurate. Credit records may vary from one company to another.

ICE Mortgage Technology, Inc.

Page 1 of 2

CACRDIS 0215
CACRDIS (CLS)
05/03/2022 03:43 PM PST



4255791435

If you have questions about your credit score or the credit information that is furnished to you, contact the consumer reporting agency at the address and telephone number provided with this notice or contact the lender, if the lender developed or generated the credit score. The consumer reporting agency plays no part in the decision to take any action on the loan application and is unable to provide you with the specific reasons for the decision on a loan application.

If you have questions concerning the terms of the loan, contact the lender.

Lender/Broker Contact Information:
**Paramount Residential Mortgage Group, Inc.**
**1265 Corona Pointe Court, Suite 301**
**Corona, CA 92879**
**866-776-4937**

**[X] Equifax**
**P.O. Box 740241**
**Atlanta, GA 30374**
**1-800-685-1111**
**www.equifax.com**

**[X] TransUnion**
**P.O. Box 1000**
**Chester, PA 19016**
**1-800-888-4213**
**www.transunion.com**

**[X] Experian**
**P.O. Box 2002**
**Allen, TX 75013**
**1-888-397-3742**
**www.experian.com**

By signing below, the undersigned hereby acknowledges receipt of a copy of this disclosure.



ANDREA VEOLA WINZER                                              5/4/22
                                                                DATE

# CALIFORNIA NOTICE TO HOME LOAN APPLICANT

Borrower(s):  **Keith A Winzer**

Date:  **May 3, 2022**

Loan Number:  **4255791435**

Property Address:  **13383 East View Lane**
**Victorville, CA 92392**

Lender/Broker:  **Paramount Residential Mortgage Group, Inc.**

License #: **4131268**
NMLS #: **75243**

Loan Originator:  **Sandee K Evans**

License #: **CA-DBO885975**
NMLS #: **885975**

**As required by California Law, you are hereby notified:**

## NOTICE TO THE HOME LOAN APPLICANT

In connection with your application for a home loan, the lender must disclose to you the score that a credit bureau distributed to users and the lender used in connection with your home loan, and the key factors affecting your credit scores.

The credit score is a computer generated summary calculated at the time of the request and is based on information a credit bureau or lender has on file. The scores are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit scores can change over time, depending on your conduct, how your credit history and payment patterns change, and how credit scoring technologies change.

Because the score is based on information in your credit history, it is very important that you review the credit-related information that is being furnished to make sure it is accurate. Credit records may vary from one company to another.

If you have questions about your credit score or the credit information that is furnished to you, contact the credit bureau at the address and telephone number provided with this notice or contact the lender, if the lender developed or generated the credit score. The credit bureau plays no part in the decision to take any action on the loan application and is unable to provide you with the specific reasons for the decision on a loan application.

If you have questions concerning the terms of the loan, contact the lender.

**As required by Federal Law, you are hereby notified:**

## NOTICE TO THE HOME LOAN APPLICANT

In connection with your application for a home loan, the lender must disclose to you the score that a consumer reporting agency distributed to users and the lender used in connection with your home loan, and the key factors affecting your credit scores.

The credit score is a computer generated summary calculated at the time of the request and is based on information a consumer reporting agency or lender has on file. The scores are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit scores can change over time, depending on your conduct, how your credit history and payment patterns change, and how credit scoring technologies change.

Because the score is based on information in your credit history, it is very important that you review the credit-related information that is being furnished to make sure it is accurate. Credit records may vary from one company to another.



4255791435

If you have questions about your credit score or the credit information that is furnished to you, contact the consumer reporting agency at the address and telephone number provided with this notice or contact the lender, if the lender developed or generated the credit score. The consumer reporting agency plays no part in the decision to take any action on the loan application and is unable to provide you with the specific reasons for the decision on a loan application.

If you have questions concerning the terms of the loan, contact the lender.

Lender/Broker Contact Information:
**Paramount Residential Mortgage Group, Inc.**
**1265 Corona Pointe Court, Suite 301**
**Corona, CA 92879**
**866-776-4937**

**[X] Equifax**
**P.O. Box 740241**
**Atlanta, GA 30374**
**1-800-685-1111**
**www.equifax.com**

**[X] TransUnion**
**P.O. Box 1000**
**Chester, PA 19016**
**1-800-888-4213**
**www.transunion.com**

**[X] Experian**
**P.O. Box 2002**
**Allen, TX 75013**
**1-888-397-3742**
**www.experian.com**

By signing below, the undersigned hereby acknowledges receipt of a copy of this disclosure.

          5/4/22

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
**KEITH A WINZER**                                    DATE

LOAN #: 4255791435
MIN: 1004247-4000073636-0

## NOTE

FHA Case No.
194-2054725-703

May 3, 2022
[Date]

CORONA,
[City]

California
[State]

13383 East View Lane, Victorville, CA 92392
[Property Address]

**1. BORROWER'S PROMISE TO PAY**
In return for a loan that I have received, I promise to pay U.S. **$472,287.00**    (this amount is called "Principal"), plus interest, to the order of the Lender. The Lender is **Paramount Residential Mortgage Group, Inc., a California Corporation.**

I will make all payments under this Note in the form of cash, check or money order.
I understand that the Lender may transfer this Note. The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder."

**2. INTEREST**
Interest will be charged on unpaid principal until the full amount of Principal has been paid. I will pay interest at a yearly rate of **4.500 %.**
The interest rate required by this Section 2 is the rate I will pay both before and after any default described in Section 6(B) of this Note.

**3. PAYMENTS**
**(A) Time and Place of Payments**
I will pay principal and interest by making a payment every month.
I will make my monthly payment on the **1st**    day of each month beginning on **July 1, 2022.** I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. Each monthly payment will be applied as of its scheduled due date and will be applied to interest and any other items in the order described in the Security Instrument before Principal. If, on **June 1, 2052,**    I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "Maturity Date."
I will make my monthly payments at **1265 Corona Pointe Court, Suite 301**
**Corona , CA 92879**
or at a different place if required by the Note Holder.
**(B) Amount of Monthly Payments**
My monthly payment will be in the amount of U.S. **$2,393.01.**

**4. BORROWER'S RIGHT TO PREPAY**
I have the right to make payments of Principal at any time before they are due. A payment of Principal only is known as a "Prepayment." When I make a Prepayment, I will tell the Note Holder in writing that I am doing so. I may not designate a payment as a Prepayment if I have not made all the monthly payments due under the Note.
I may make a full Prepayment or partial Prepayments without paying a Prepayment charge. The Note Holder will use my Prepayments to reduce the amount of Principal that I owe under this Note. However, the Note Holder may apply my Prepayment to the accrued and unpaid interest on the Prepayment amount, before applying my Prepayment to reduce the Principal amount of the Note. If I make a partial Prepayment, there will be no changes in the due date or in the amount of my monthly payment unless the Note Holder agrees in writing to those changes.

**5. LOAN CHARGES**
If a law, which applies to this loan and which sets maximum loan charges, is finally interpreted so that the interest or other loan charges collected or to be collected in connection with this loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from me which exceeded permitted limits will be refunded to me. The Note Holder may choose to make this refund by reducing the Principal I owe under this Note or by making a direct payment to me. If a refund reduces Principal, the reduction will be treated as a partial Prepayment.

**6. BORROWER'S FAILURE TO PAY AS REQUIRED**
**(A) Late Charge for Overdue Payments**
If the Note Holder has not received the full amount of any monthly payment by the end of **15** calendar days after the date it is due, I will pay a late charge to the Note Holder. The amount of the charge will be **4.000 %** of my overdue payment of principal and interest. I will pay this late charge promptly but only once on each late payment.

**(B) Default**
If I do not pay the full amount of each monthly payment on the date it is due, I will be in default.
**(C) Notice of Default**
If I am in default, the Note Holder may send me a written notice telling me that if I do not pay the overdue amount by a certain date, the Note Holder may require me to pay immediately the full amount of Principal which has not been paid and

MULTISTATE FIXED RATE NOTE - Single Family - Fannie Mae/Freddie Mac **UNIFORM INSTRUMENT**    Form 3200 1/01
Modified for FHA 9/15 (rev. 2/16)
ICE Mortgage Technology, Inc.

FHA3200NOT   0216
FHA3200NOT (CLS)
05/03/2022 03:42 PM PST



all the interest that I owe on that amount. That date must be at least 30 days after the date on which the notice is mailed to me or delivered by other means.

**(D) No Waiver By Note Holder**

Even if, at a time when I am in default, the Note Holder does not require me to pay immediately in full as described above, the Note Holder will still have the right to do so if I am in default at a later time.

**(E) Payment of Note Holder's Costs and Expenses**

If the Note Holder has required me to pay immediately in full as described above, the Note Holder will have the right to be paid back by me for all of its costs and expenses in enforcing this Note to the extent not prohibited by applicable law. Those expenses include, for example, reasonable attorneys' fees.

**7.  GIVING OF NOTICES**

Unless applicable law requires a different method, any notice that must be given to me under this Note will be given by delivering it or by mailing it by first class mail to me at the Property Address above or at a different address if I give the Note Holder a notice of my different address.

Any notice that must be given to the Note Holder under this Note will be given by delivering it or by mailing it by first class mail to the Note Holder at the address stated in Section 3(A) above or at a different address if I am given a notice of that different address.

**8.  OBLIGATIONS OF PERSONS UNDER THIS NOTE**

If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person who is a guarantor, surety or endorser of this Note is also obligated to do these things. Any person who takes over these obligations, including the obligations of a guarantor, surety or endorser of this Note, is also obligated to keep all of the promises made in this Note. The Note Holder may enforce its rights under this Note against each person individually or against all of us together. This means that any one of us may be required to pay all of the amounts owed under this Note.

**9.  WAIVERS**

I and any other person who has obligations under this Note waive the rights of Presentment and Notice of Dishonor. "Presentment" means the right to require the Note Holder to demand payment of amounts due. "Notice of Dishonor" means the right to require the Note Holder to give notice to other persons that amounts due have not been paid.

**10. UNIFORM SECURED NOTE**

This Note is a uniform instrument with limited variations in some jurisdictions. In addition to the protections given to the Note Holder under this Note, a Mortgage, Deed of Trust, or Security Deed (the "Security Instrument"), dated the same date as this Note, protects the Note Holder from possible losses which might result if I do not keep the promises which I make in this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note. Some of those conditions are described as follows:

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 14 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED.

_____ (Seal)
KEITH A WINZER

_____ (Seal)
ANDREA VEOLA WINZER

**Lender: Paramount Residential Mortgage Group, Inc.**
**NMLS ID: 75243**
**Loan Originator: Sandee K Evans**
**NMLS ID: 885975**

[Sign Original Only]

MULTISTATE FIXED RATE NOTE - Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT    Form 3200 1/01
Modified for FHA 9/15 (rev. 2/16)
ICE Mortgage Technology, Inc.                          Page 2 of 2                          FHA3200NOT  0216
                                                                                           FHA3200NOT (CLS)
                                                                                           05/03/2022 03:42 PM PST





## ALLONGE

| | |
|---|---|
| **Loan Number:** | 4255791435 |
| **Loan Date:** | 05/03/2022 |
| **Borrower(s):** | Keith A Winzer |
| | Andrea Veola Winzer |
| **Property Address:** | 13383 East View Lane |
| | Victorville CA 92392 |
| **Principal Balance:** | 472,287.00 |

**PAY TO THE ORDER OF**

**Without Recourse**

Company Name: PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC., A CALIFORNIA CORPORATION

_____

By: _____    _____

Title



Recording Requested By:

**First American Title Company**

When Recorded Mail To:

**Richmond American Homes of Maryland, Inc.**

**5171 California Avenue #120**

**Irvine, Ca 92617**

*Recording Requested By: First American Title Company Homebuilder Services Division*

SPACE ABOVE THIS LINE FOR RECORDERS USE

APN: 3094-091-62-0-000

File No.: RCO-6599404 (LB)

TRA:012112

**NOTICE OF COMPLETION**
(CA Civil Code §§ 8180-8190, 8100-8118, 9200-9208)

**NOTICE IS HEREBY GIVEN THAT:**

1.   The undersigned is an owner of an interest or estate in the hereinafter described real property, the nature of which interest or estate is: (e.g. fee, leasehold, joint tenancy, etc.)
**Fee**

2.   The full name and address of the undersigned owner or reputed owner and of all co-owners or reputed co-owners are:

| Name | Street and No. | City | State |
|---|---|---|---|

**Richmond American Homes of Maryland, Inc.  5171 California Avenue #120, Irvine, Ca 92617**

3.   The name and address of the direct contractor for the work of improvement as a whole is:
Richmond American Homes of Maryland, Inc., A Maryland Corporation  5171 California Avenue, Suite 120, Irvine, Ca 92617

4.   This notice is given for (check one):
**X**     Completion of the work of improvement <u>as a whole.</u>
          Completion of a contract for a <u>particular portion</u> of the work of improvement (per CA Civ. Code § 8186).

5.   If this notice is given only of completion of a contract for a particular portion of the work of improvement (as provided in CA Civ. Code § 8186), the name and address of the direct contractor under that contract is: (if none, please state)
**None**

6.   The name and address of the construction lender, if any, is:
**None**

7.   On the _____ day of _____, 2021, there was completed upon the herein described property a work of improvement as a whole (or a particular portion of the work of improvement as provided in CA Civ. Code § 8186) a general description of the work provided:
**Residential Structure**

8.   The real property herein referred to is situated in the City of Victorville, County of San Bernardino, State of California, and is described as follows:
**SEE EXHIBIT A ATTACHED HERETO AND MADE A PART HEREOF**

9.   The street address of said property is:
**13383 Eastview Lane, Victorville, CA 92392**

10.    If this Notice of Completion is signed by the owner's successor in interest, the name and address of the successor's transferor is: (if none, please state)
**None**

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:_____    BY:

Richmond American Homes of Maryland, Inc, a Maryland corporation

_____

BY: **Dani Gould, Vice President**

Signature of Owner or Owner's

## VERIFICATION

I, **Dani Gould,** state: I am the **Vice President** for Richmond American Homes of Maryland, Inc., a Maryland Corporation ("Owner", "President", "Partner", etc.) of the Owner identified in the foregoing Notice of Completion. I have read said Notice of Completion and know the contents thereof; the same is true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _____ , 2020, at Irvine , California.

BY:

Richmond American Homes of Maryland, Inc, a Maryland corporation

_____

BY: **Dani Gould, Vice President**

Signature of Owner or Owner's

Page 2 of 4

File Number:    RCO-6599404

**Exhibit "A"**

**Legal Description**

A.P.N.: 3094-091-62-0-000

Real property in the City of Victorville, County of San Bernardino, State of California, described as follows:

PARCEL NO. 1

LOT 28 ("LOT") OF TRACT NO. 16684 AS SHOWN ON A MAP RECORDED IN BOOK 326, AT PAGES 16 TO 18, INCLUSIVE, OF MAPS, IN THE OFFICE OF THE SAN BERNARDINO COUNTY RECORDER ("MAP").

RESERVING UNTO GRANTOR, ITS SUCCESSORS AND ASSIGNS, TOGETHER WITH THE RIGHT TO GRANT AND TRANSFER ALL OR A PORTION OF THE SAME:

A. ALL OIL RIGHTS, MINERAL RIGHTS, NATURAL GAS RIGHTS AND RIGHTS TO ALL OTHER HYDROCARBONS BY WHATEVER NAME KNOWN, TO ALL GEOTHERMAL HEAT AND TO ALL PRODUCTS DERIVED FROM ANY OF THE FOREGOING (COLLECTIVELY, "SUBSURFACE RESOURCES"); AND

B. THE PERPETUAL RIGHT TO DRILL, MINE, EXPLORE AND OPERATE FOR AND TO PRODUCE, STORE AND REMOVE ANY OF THE SUBSURFACE RESOURCES ON OR FROM THE LOT, INCLUDING THE RIGHT TO WHIPSTOCK OR DIRECTIONALLY DRILL AND MINE FROM LANDS OTHER THAN THE LOT, WELLS, TUNNELS AND SHAFTS INTO, THROUGH OR ACROSS THE SUBSURFACE OF THE LOT, AND TO BOTTOM SUCH WHIPSTOCKED OR DIRECTIONALLY DRILLED WELLS, TUNNELS AND SHAFTS WITHIN OR BEYOND THE EXTERIOR LIMITS OF THE LOT, AND TO REDRILL, RETUNNEL, EQUIP, MAINTAIN, REPAIR, DEEPEN AND OPERATE ANY SUCH WELLS OR MINES, BUT WITHOUT THE RIGHT TO DRILL, MINE, EXPLORE, OPERATE, PRODUCE, STORE OR REMOVE ANY OF THE SUBSURFACE RESOURCES THROUGH OR IN THE SURFACE OR THE UPPER FIVE HUNDRED FEET (500') OF THE SUBSURFACE OF THE LOT.

ALSO RESERVING THEREFROM, FOR THE BENEFIT OF GRANTOR, ITS SUCCESSORS IN INTEREST AND OTHERS, NONEXCLUSIVE EASEMENTS FOR DRAINAGE, ENCROACHMENT AND OTHER PURPOSES, ALL AS DESCRIBED IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND RESERVATION OF EASEMENTS FOR SEASONS AT EASTVIEW LANE RECORDED ON MAY 17, 2021 AS INSTRUMENT NO. 2021-0225779 IN THE OFFICIAL RECORDS OF SAN BERNARDINO COUNTY, CALIFORNIA, AS AMENDED OR RESTATED ("DECLARATION").

ALSO RESERVING THEREFROM, FOR THE BENEFIT OF GRANTOR AND ITS SUCCESSORS IN INTEREST AND ASSIGNEES, THE RIGHT TO ENTER THE LOT (I) TO COMPLY WITH THE REQUIREMENTS FOR THE RECORDATION OF THE MAP, (II) TO ACCOMMODATE GRADING OR CONSTRUCTION ACTIVITIES, (III) TO COMPLY WITH THE REQUIREMENTS OF APPLICABLE GOVERNMENTAL AGENCIES, AND (IV) AS MAY BE REASONABLY NECESSARY TO COMPLETE IMPROVEMENTS OR PERFORM OTHER WORK AS DETERMINED BY GRANTOR IN ITS SOLE AND ABSOLUTE DISCRETION. GRANTOR SHALL PROVIDE REASONABLE NOTICE TO GRANTEE BEFORE ANY SUCH ENTRY EXCEPT IN THE CASE OF EMERGENCY SITUATIONS, WHICH SHALL NOT REQUIRE ADVANCE NOTICE. THE TERM OF THIS RESERVATION OF RIGHT OF ENTRY SHALL AUTOMATICALLY EXPIRE ON THE DATE THAT IS ELEVEN (11) YEARS FROM THE RECORDATION OF THIS DEED.

PARCEL NO. 2

ENVCV 01867 JAK-kk APPURTENANT TO THE LOT FOR DRAINAGE, ENCROACHMENT AND OTHER PURPOSES, ALL AS DESCRIBED IN THE DECLARATION.

# FHA AMENDATORY CLAUSE AND REAL ESTATE CERTIFICATION

Borrower(s):  **Keith A Winzer**                    Loan Number: **4255791435**

Property Address:  **13383 Eastview Ln**
**Victorville, CA 92394**

Lender: **Paramount Residential Mortgage Group, Inc.**          Loan Originator:  **Sandee K Evans**

License #: **4131268**                              License #: **CA-DBO885975**
NMLS #: **75243**                                  NMLS #: **885975**

## FHA AMENDATORY CLAUSE:

It is expressly agreed that notwithstanding any other provisions of this contract, the purchaser shall not be obligated to complete the purchase of the property described herein or to incur any penalty by forfeiture of earnest money deposits or otherwise, unless the purchaser has been given, in accordance with HUD/FHA or VA requirements, a written statement issued by the Federal Housing Commissioner, Department of Veterans Affairs, or a Direct Endorsement Lender setting forth the appraised value of the property of not less than **$475,990.00.**     The purchaser shall have the privilege and option of proceeding with consummation of the contract without regard to the amount of the appraised valuation. The appraised valuation is arrived at to determine the maximum mortgage the Department of Housing and Urban Development will insure. HUD does not warrant the value or condition of the property. The purchaser should satisfy himself/herself that the price and condition of the property are acceptable.

DocuSigned by:
*Keith A Winzer*                                            12/3/2021 | 2:41:45 Pl
**KEITH A WINZER**                                                    **DATE**

DocuSigned by:
*Angel Ramirez*                                           May 5, 2022 | 9:
4488B99C97DB4D3
**SELLER**                                                            **DATE**

**SELLER**                                                            **DATE**



DocuSign Envelope ID: C8411987-5AC9-45B3-9B2A-381222837AC1

LOAN #: 4255791435

**REAL ESTATE CERTIFICATION:**

The borrower, seller, and the real estate agent or broker involved in the sales transaction certify, to the best of our knowledge and belief, that (1) the terms and conditions of the sales contract are true and (2) any other agreement entered into by any parties in connection with the real estate transaction is part of, or attached to, the sales agreement.

| | |
|---|---|
| *Keith A Winzer* | 12/3/2021 \| 2:41:45 PM |
| **KEITH A WINZER** | **DATE** |
| *Angel Ramirez* | May 5, 2022 \| 9:5 |
| **SELLER** | **DATE** |
| | |
| **SELLER** | **DATE** |
| | |
| *Angel Ramirez* | May 5, 2022 \| 9:5 |
| **REAL ESTATE-BROKER (SELLING AGENT)** | **DATE** |
| | |
| **REAL ESTATE-BROKER (BUYING AGENT)** | **DATE** |

**WARNING:** Section 1010 of title 18, U.S.C. provides: "Whoever for purpose of... influencing such Administration... makes, passes, utters, or publishes any statement, knowing the same to be false... shall be fined not more than $5,000.00 or imprisoned not more than two years or both."



# FHA AMENDATORY CLAUSE AND REAL ESTATE CERTIFICATION

Borrower(s): **Andrea Veola Winzer**        Loan Number: **4255791435**

Property Address: **13383 Eastview Ln**
**Victorville, CA 92394**

Lender: **Paramount Residential Mortgage Group, Inc.**        Loan Originator: **Sandee K Evans**

License #: **4131268**                    License #: **CA-DBO885975**
NMLS #: **75243**                        NMLS #: **885975**

### FHA AMENDATORY CLAUSE:

It is expressly agreed that notwithstanding any other provisions of this contract, the purchaser shall not be obligated to complete the purchase of the property described herein or to incur any penalty by forfeiture of earnest money deposits or otherwise, unless the purchaser has been given, in accordance with HUD/FHA or VA requirements, a written statement issued by the Federal Housing Commissioner, Department of Veterans Affairs, or a Direct Endorsement Lender setting forth the appraised value of the property of not less than **$475,990.00.**    The purchaser shall have the privilege and option of proceeding with consummation of the contract without regard to the amount of the appraised valuation. The appraised valuation is arrived at to determine the maximum mortgage the Department of Housing and Urban Development will insure. HUD does not warrant the value or condition of the property. The purchaser should satisfy himself/herself that the price and condition of the property are acceptable.

DocuSigned by:
*Andrea Veola Winzer*                            11/30/2021 | 9:24:42 F
**ANDREA VEOLA WINZER**                            **DATE**

DocuSigned by:
*Angel Ramirez*                            May 5, 2022 | 9:55 /
4488B99C97DB4D3
**SELLER**                                **DATE**

**SELLER**                                **DATE**



LOAN #: 4255791435

**REAL ESTATE CERTIFICATION:**

The borrower, seller, and the real estate agent or broker involved in the sales transaction certify, to the best of our knowledge and belief, that (1) the terms and conditions of the sales contract are true and (2) any other agreement entered into by any parties in connection with the real estate transaction is part of, or attached to, the sales agreement.

| | |
|---|---|
| *Andrea Veola Winzer* (DocuSigned by) | 11/30/2021 \| 9:24:42 P |
| **ANDREA VEOLA WINZER** | **DATE** |
| *Angel Ramirez* (DocuSigned by) | May 5, 2022 \| 9:5 |
| **SELLER** | **DATE** |
| | |
| **SELLER** | **DATE** |
| *Angel Ramirez* (DocuSigned by) | May 5, 2022 \| 9:55 AM F |
| **REAL ESTATE-BROKER (SELLING AGENT)** | **DATE** |
| | |
| **REAL ESTATE-BROKER (BUYING AGENT)** | **DATE** |

**WARNING:** Section 1010 of title 18, U.S.C. provides: "Whoever for purpose of... influencing such Administration... makes, passes, utters, or publishes any statement, knowing the same to be false... shall be fined not more than $5,000.00 or imprisoned not more than two years or both."



File Number:    RCO-6599404

**Exhibit "A"**

**Legal Description**

Real property in the City of Victorville, County of San Bernardino, State of California, described as follows:

PARCEL NO. 1

LOT 28 ("LOT") OF TRACT NO. 16684 AS SHOWN ON A MAP RECORDED IN BOOK 326, AT PAGES 16 TO 18, INCLUSIVE, OF MAPS, IN THE OFFICE OF THE SAN BERNARDINO COUNTY RECORDER ("MAP").

RESERVING UNTO GRANTOR, ITS SUCCESSORS AND ASSIGNS, TOGETHER WITH THE RIGHT TO GRANT AND TRANSFER ALL OR A PORTION OF THE SAME:

A. ALL OIL RIGHTS, MINERAL RIGHTS, NATURAL GAS RIGHTS AND RIGHTS TO ALL OTHER HYDROCARBONS BY WHATEVER NAME KNOWN, TO ALL GEOTHERMAL HEAT AND TO ALL PRODUCTS DERIVED FROM ANY OF THE FOREGOING (COLLECTIVELY, "SUBSURFACE RESOURCES"); AND

B. THE PERPETUAL RIGHT TO DRILL, MINE, EXPLORE AND OPERATE FOR AND TO PRODUCE, STORE AND REMOVE ANY OF THE SUBSURFACE RESOURCES ON OR FROM THE LOT, INCLUDING THE RIGHT TO WHIPSTOCK OR DIRECTIONALLY DRILL AND MINE FROM LANDS OTHER THAN THE LOT, WELLS, TUNNELS AND SHAFTS INTO, THROUGH OR ACROSS THE SUBSURFACE OF THE LOT, AND TO BOTTOM SUCH WHIPSTOCKED OR DIRECTIONALLY DRILLED WELLS, TUNNELS AND SHAFTS WITHIN OR BEYOND THE EXTERIOR LIMITS OF THE LOT, AND TO REDRILL, RETUNNEL, EQUIP, MAINTAIN, REPAIR, DEEPEN AND OPERATE ANY SUCH WELLS OR MINES, BUT WITHOUT THE RIGHT TO DRILL, MINE, EXPLORE, OPERATE, PRODUCE, STORE OR REMOVE ANY OF THE SUBSURFACE RESOURCES THROUGH OR IN THE SURFACE OR THE UPPER FIVE HUNDRED FEET (500') OF THE SUBSURFACE OF THE LOT.

ALSO RESERVING THEREFROM, FOR THE BENEFIT OF GRANTOR, ITS SUCCESSORS IN INTEREST AND OTHERS, NONEXCLUSIVE EASEMENTS FOR DRAINAGE, ENCROACHMENT AND OTHER PURPOSES, ALL AS DESCRIBED IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND RESERVATION OF EASEMENTS FOR SEASONS AT EASTVIEW LANE RECORDED ON MAY 17, 2021 AS INSTRUMENT NO. 2021-0225779 IN THE OFFICIAL RECORDS OF SAN BERNARDINO COUNTY, CALIFORNIA, AS AMENDED OR RESTATED ("DECLARATION").

ALSO RESERVING THEREFROM, FOR THE BENEFIT OF GRANTOR AND ITS SUCCESSORS IN INTEREST AND ASSIGNEES, THE RIGHT TO ENTER THE LOT (I) TO COMPLY WITH THE REQUIREMENTS FOR THE RECORDATION OF THE MAP, (II) TO ACCOMMODATE GRADING OR CONSTRUCTION ACTIVITIES, (III) TO COMPLY WITH THE REQUIREMENTS OF APPLICABLE GOVERNMENTAL AGENCIES, AND (IV) AS MAY BE REASONABLY NECESSARY TO COMPLETE IMPROVEMENTS OR PERFORM OTHER WORK AS DETERMINED BY GRANTOR IN ITS SOLE AND ABSOLUTE DISCRETION. GRANTOR SHALL PROVIDE REASONABLE NOTICE TO GRANTEE BEFORE ANY SUCH ENTRY EXCEPT IN THE CASE OF EMERGENCY SITUATIONS, WHICH SHALL NOT REQUIRE ADVANCE NOTICE. THE TERM OF THIS RESERVATION OF RIGHT OF ENTRY SHALL AUTOMATICALLY EXPIRE ON THE DATE THAT IS ELEVEN (11) YEARS FROM THE RECORDATION OF THIS DEED.

PARCEL NO. 2

NONEXCLUSIVE EASEMENTS APPURTENANT TO THE LOT FOR DRAINAGE, ENCROACHMENT AND OTHER PURPOSES, ALL AS DESCRIBED IN THE DECLARATION.

A.P.N.: 3094-091-62-0-000



*First American Title*™

HOMEBUILDER SERVICES

## Secure Document Delivery

Escrow Number: RCO-6599404

Buyer Name(s): Keith A Winzer and Andrea Veola Winzer

To protect your confidential information, we will deliver your signed loan documents via First American's Transactions portal. If you have not registered for the Transactions portal, your documents will be emailed to you via a secure method to the email address(es) on file. Please confirm your email address(es) below and sign for acknowledgment.

K.winzer@Winzcorp.com

_____        _____

_____        _____

_____        _____

_____        _____

Keith A Winzer                           Andrea Veola Winzer

Thank you for your assistance in helping us protect your information.



**First American Title**

DocuSign Envelope ID: 6C426587-0BA1-4706-971A-2D0041912646

LOAN #: 4255791435

CERTIFICATION OF SELLER IN AN FHA-INSURED LOAN TRANSACTION

I certify that I have no knowledge of any loans that have been or will be made to the borrower(s), or loans that have been or will be assumed by the borrower(s), for purposes of financing this transaction, other than those described in the sales contract dated **October 31, 2021** (including addenda). I certify that I have not and will not pay or reimburse the borrower(s) for any part of the cash downpayment. I certify that I have not and will not pay or reimburse the borrower(s) for any part of the borrower's closing costs which have not been previously disclosed in the sales contract (including any addenda).

May 4, 2022 | 10:35 AM PDT

ANGEL RAMIREZ (RICHMOND AMERICAN HOMES)                    DATE

CERTIFICATION OF SETTLEMENT AGENT IN AN FHA-INSURED LOAN TRANSACTION

To the best of my knowledge, the Closing Disclosure is a true and accurate account of the funds which were (i) received, or (ii) paid outside closing, and the funds received have been or will be disbursed by the undersigned as part of the settlement of this transaction. I further certify that I have obtained the above certifications which were executed by the borrower(s) and seller(s) as indicated.

5/04/2022

Settlement Agent                                            Date

The certifications contained herein may be obtained from the respective parties at different times or may be obtained on separate addenda.

**WARNING:** It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details, see: Title 18 U.S. Code Sections 1001 and 1010.

Publication March 2016
ICE Mortgage Technology, Inc.                 Page 2 of 2

GFHASCRT   0121
GFHASCRT (CLS)
05/03/2022 03:42 PM PST

## ACKNOWLEDGMENT

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate is
attached, and not the truthfulness, accuracy, or
validity of that document.

State of California
County of _San Bernardino_ )

On _5-4-2022_ before me, _Melodee Esparza, Notary Public_
(insert name and title of the officer)

personally appeared _Keith A. Winzer and Andrea Veola Winzer_,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

MELODEE ESPARZA
Notary Public - California
Riverside County
Commission # 2326682
My Comm. Expires May 27, 2024

Signature _Melodee Esparza_     (Seal)

First American Title Company
Homebuilder Services Division

**Recording Requested By:**
**Paramount Residential Mortgage Group,**
**Inc., a California Corporation**

**After Recording Return To:**
**Paramount Residential Mortgage Group,**
**Inc.**
**Attn: Post Closing Department**
**1265 Corona Pointe Court, Suite 301**
**Corona, CA 92879**

**Prepared By:**
**Crystal Navarro**
**PRMG**
**1265 Corona Pointe Ct**
**Corona, CA 92879**
**951-350-1173**

Title Order No.: RCO-6599404-(CM)
Escrow No.: RCO-6599404
LOAN #: 4255791435

APN: 3094-091-020-000
DR. 012112

————————————— [Space Above This Line For Recording Data] —————————————

| FHA Case No. |
|---|
| 194-2054725-703 |

### DEED OF TRUST

MIN:  1004247-4000073636-0
MERS PHONE #: 1-888-679-6377

DEFINITIONS
Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 10, 12, 17,
19, and 21. Certain rules regarding the usage of words used in this document are also provided in Section 15.
**(A) "Security Instrument"** means this document, which is dated **May 3, 2022,**                together with all Riders to
this document.
**(B) "Borrower"** is   **KEITH A WINZER, AN UNMARRIED MAN, AND ANDREA VEOLA WINZER, A SINGLE**
**WOMAN, AS JOINT TENANTS.**

Borrower's address is  **1262 East 87th Place, Los Angeles, CA 90002.**

Borrower is the trustor under this Security Instrument.
**(C) "Lender"** is  **Paramount Residential Mortgage Group, Inc. .**

**CALIFORNIA** – Single Family – Fannie Mae/Freddie Mac UNIFORM INSTRUMENT    Form 3005 1/01
Modified for FHA 9/2014 (HUD Handbook 4000.1)
ICE Mortgage Technology, Inc.                          Page 1 of 13                          CAEFHA15DL  0721
                                                                                            CAEDEDL (CLS)
                                                                                            05/03/2022 03:42 PM PST



LOAN #: 4255791435

Lender is **a California Corporation,** organized and existing under the laws of **California.**
Lender's address is **1265 Corona Pointe Court, Suite 301**, Corona, CA 92879.

**(D) "Trustee"** is  First American Title, 1250 Corona Pointe Court, Suite 200, Corona, CA 92879.

**(E) "MERS"** is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. **MERS is the beneficiary under this Security Instrument.** MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.

**(F) "Note"** means the promissory note signed by Borrower and dated **May 3, 2022.**          The Note states that Borrower owes Lender **FOUR HUNDRED SEVENTY TWO THOUSAND TWO HUNDRED EIGHTY SEVEN AND NO/100** * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * Dollars (U.S. **$472,287.00**          ) plus interest. Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not later than **June 1, 2052.**

**(G) "Property"** means the property that is described below under the heading "Transfer of Rights in the Property."

**(H) "Loan"** means the debt evidenced by the Note, plus interest, late charges due under the Note, and all sums due under this Security Instrument, plus interest.

**(I) "Riders"** means all Riders to this Security Instrument that are executed by Borrower. The following Riders are to be executed by Borrower [check box as applicable]:

☐ Adjustable Rate Rider      ☐ Condominium Rider      ☐ Planned Unit Development Rider
☐ Other(s) [specify]

**(J) "Applicable Law"** means all controlling applicable federal, state and local statutes, regulations, ordinances and administrative rules and orders (that have the effect of law) as well as all applicable final, non-appealable judicial opinions.

**(K) "Community Association Dues, Fees, and Assessments"** means all dues, fees, assessments and other charges that are imposed on Borrower or the Property by a condominium association, homeowners association or similar organization.

**(L) "Electronic Funds Transfer"** means any transfer of funds, other than a transaction originated by check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic instrument, computer, or magnetic tape so as to order, instruct, or authorize a financial institution to debit or credit an account. Such term includes, but is not limited to, point-of-sale transfers, automated teller machine transactions, transfers initiated by telephone, wire transfers, and automated clearinghouse transfers.

**(M) "Escrow Items"** means those items that are described in Section 3.

**(N) "Miscellaneous Proceeds"** means any compensation, settlement, award of damages, or proceeds paid by any third party (other than insurance proceeds paid under the coverages described in Section 5) for: (i) damage to, or destruction of, the Property; (ii) condemnation or other taking of all or any part of the Property; (iii) conveyance in lieu of condemnation; or (iv) misrepresentations of, or omissions as to, the value and/or condition of the Property.

**(O) "Mortgage Insurance"** means insurance protecting Lender against the nonpayment of, or default on, the Loan.

**(P) "Periodic Payment"** means the regularly scheduled amount due for (i) principal and interest under the Note, plus (ii) any amounts under Section 3 of this Security Instrument.

**(Q) "RESPA"** means the Real Estate Settlement Procedures Act (12 U.S.C. §2601 et seq.) and its implementing regulation, Regulation X (12 C.F.R. Part 1024), as they might be amended from time to time, or any additional or successor legislation or regulation that governs the same subject matter. As used in this Security Instrument, "RESPA" refers to all requirements and restrictions that are imposed in regard to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage loan" under RESPA.

**(R) "Secretary"** means the Secretary of the United States Department of Housing and Urban Development or his designee.

**(S) "Successor in Interest of Borrower"** means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note and/or this Security Instrument.

**CALIFORNIA – Single Family – Fannie Mae/Freddie Mac UNIFORM INSTRUMENT    Form 3005 1/01**
Modified for FHA 9/2014 (HUD Handbook 4000.1)
ICE Mortgage Technology, Inc.                                Page 2 of 13

CAEFHA15DL  0721
CAEDEDL (CLS)
05/03/2022 03:42 PM PST



## CALIFORNIA PER DIEM INTEREST CHARGE DISCLOSURE
Pursuant to California Civ. Code §2948.5(b)

Borrower(s): **Keith A Winzer**
**Andrea Veola Winzer**

Date: **May 3, 2022**

Loan Number: **4255791435**

Property Address: **13383 East View Lane**
**Victorville, CA 92392**

Lender: **Paramount Residential Mortgage Group, Inc.**

Loan Originator: **Sandee K Evans**

**License #: 4131268**
**NMLS #: 75243**

**License #: CA-DBO885975**
**NMLS #: 885975**

☑ I request loan disbursement occur on a Monday or a day immediately following a bank holiday. As such, interest will commence to accrue on the business day immediately preceding the day of disbursement.

The amount of additional per diem interest that will be charged to facilitate disbursement on the day you have elected is $ __174.69__

It may be possible to avoid the additional per diem interest charge by disbursing the loan proceeds on a day immediately following a business day.

### ACKNOWLEDGEMENT

I/We have read the above document and acknowledge receiving a copy by signing below.



KEITH A WINZER                                             5/4/22                 DATE

ANDREA VEOLA WINZER                                        5/4/22                 DATE

As a representative of the lender, my signature indicates our agreement to the disbursement of the loan proceeds occurring on a Monday or a day immediately following a bank holiday, and the additional per diem interest charge, in accordance with California Civil Code Section 2948.5. My signature also certifies that the foregoing is true and correct.

_____
Lender Representative Name

_____
Lender Representative Signature          Date

ICE Mortgage Technology, Inc.

CAPDID   0317
CAPDID (CLS)
05/03/2022 03:42 PM PST

After Recording Return To:
**Paramount Residential Mortgage Group, Inc.**
**Attn: Post Closing Department**
**1265 Corona Pointe Court, Suite 301**
**Corona, CA 92879**

——————————————— [Space Above This Line For Recording Data] ———————————————

Document Date of Instrument: **May 3, 2022**                    Loan Number: **4255791435**

Property Address:  **13383 East View Lane**
                   **Victorville, CA 92392**

## DEED OF TRUST
DOCUMENT TITLE

The undersigned declares that the document to which this page is affixed and made a part of is exempt from the fee imposed by the Building Homes & Jobs Act (SB2-2017) (GC 27388.1).

Reason for exemption:

☐ Not related to real property – GC 27388.1(a)(1)

☐ Recorded concurrently "in connection with" a transfer subject to the imposition of Documentary Transfer Tax – GC 27388.1(a)(2)

☐ Transfer of real property that is a residential dwelling to an owner-occupier – GC 27388.1(a)(2)

☐ Recorded concurrently "in connection with" a transfer of real property that is a residential dwelling to an owner-occupier – GC 27388.1(a)(2)

☐ Maximum $225.00 fee per transaction reached – GC 27388.1(a)(1)

_____                    _____
Signature                                          Date

**THIS PAGE IS ADDED TO PROVIDE DECLARATION OF BUILDING
HOMES & JOBS ACT (SB2-2017) FEE EXEMPTION
ADDITIONAL RECORDING FEE APPLIES**

ICE Mortgage Technology, Inc.                                          CADCLEX  1217
                                                                       CADCLEX (CLS)
                                                                       05/03/2022 03:42 PM PST

LOAN #: 4255791435

# DISCOUNT POINT FEE DISCLOSURE

Borrower Name(s): **Keith A Winzer**
**Andrea Veola Winzer**

Lender: **Paramount Residential Mortgage Group, Inc.**

Print Date: **May 3, 2022**

Property Address: **13383 East View Lane**
**Victorville, CA 92392**

This disclosure explains the effect of your election to pay a fee, commonly known as a discount point(s), which is a percentage of the loan amount and impacts the interest rate on the loan. The comparison below demonstrates the impact that payment of discount points(s) will have on the interest rate for this loan.

| | Starting Adjusted Interest Rate | | | Bought Down or Actual Rate |
|---|---|---|---|---|
| Interest Rate | 4.625 % | | Interest Rate | 4.500 % |
| Discount Points to Obtain Starting Adjusted Rate | 0.000 % | | Discount Points Paid to Obtain the Bought Down Rate | 0.154 % |

There are a total of **0.154 %**          discount point(s) on this loan, which may be paid by the borrower, seller, lender and/or third party. You are paying **0.154 %**          of the **0.154 %**          discount points.

Your interest rate and discount point(s) may be subject to adjustment based on the risk factors of your mortgage application and credit profile. The interest rates and discount point(s) listed above may change prior to loan closing. In addition, if you have not locked in your interest rate, the rates and discount points reflected may change prior to closing the loan.

I/We have read the above disclosure and acknowledge receiving a copy by signing below.

_____     5|4|22
KEITH A WINZER                                                                          DATE

_____     5|4|22
ANDREA VEOLA WINZER                                                              DATE

ICE Mortgage Technology, Inc.

I0000DPFJ  0914
I0000DPFJ (CLS)
05/03/2022 03:42 PM PST

LOAN #: 4255791435

TRANSFER OF RIGHTS IN THE PROPERTY
The beneficiary of this Security Instrument is MERS (solely as nominee for Lender and Lender's successors and assigns) and the successors and assigns of MERS. This Security Instrument secures to Lender: (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note; and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower irrevocably mortgages, grants and conveys to Trustee, in trust, with power of sale, the following described property located in the
**County**                                                                                      [Type of Recording Jurisdiction]
of **San Bernardino**
[Name of Recording Jurisdiction]:

**SEE LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF AS "EXHIBIT A".**
**APN #:  3094-091-62-0-000**

which currently has the address of   **13383 East View Lane, Victorville,**
                                                                                                                [Street] [City]

California **92392**                        ("Property Address"):
                [Zip Code]

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property." Borrower understands and agrees that MERS holds only legal title to the interests granted by Borrower in this Security Instrument, but, if necessary to comply with law or custom, MERS (as nominee for Lender and Lender's successors and assigns) has the right: to exercise any or all of those interests, including, but not limited to, the right to foreclose and sell the Property; and to take any action required of Lender including, but not limited to, releasing and canceling this Security Instrument.

BORROWER COVENANTS that Borrower is lawfully seised of the estate hereby conveyed and has the right to mortgage, grant and convey the Property and that the Property is unencumbered, except for encumbrances of record. Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record.

THIS SECURITY INSTRUMENT combines uniform covenants for national use and non-uniform covenants with limited variations by jurisdiction to constitute a uniform security instrument covering real property.

UNIFORM COVENANTS. Borrower and Lender covenant and agree as follows:
1.   **Payment of Principal, Interest, Escrow Items, and Late Charges.** Borrower shall pay when due the principal of, and interest on, the debt evidenced by the Note and late charges due under the Note. Borrower shall also pay funds for Escrow Items pursuant to Section 3. Payments due under the Note and this Security Instrument shall be made in U.S. currency. However, if any check or other instrument received by Lender as payment under the Note or this Security Instrument is returned to Lender unpaid, Lender may require that any or all subsequent payments due under the Note and this Security Instrument be made in one or more of the following forms, as selected by Lender: (a) cash; (b) money order;

**CALIFORNIA** – Single Family – **Fannie Mae/Freddie Mac UNIFORM INSTRUMENT**   Form 3005 1/01
Modified for FHA 9/2014 (HUD Handbook 4000.1)
ICE Mortgage Technology, Inc.                                            Page 3 of 13                                            CAEFHA15DL  0721
                                                                                                                                             CAEDEDL (CLS)
                                                                                                                           05/03/2022 03:42 PM PST



LOAN #: 4255791435

(c) certified check, bank check, treasurer's check or cashier's check, provided any such check is drawn upon an institution whose deposits are insured by a federal agency, instrumentality, or entity; or (d) Electronic Funds Transfer.

Payments are deemed received by Lender when received at the location designated in the Note or at such other location as may be designated by Lender in accordance with the notice provisions in Section 14. Lender may return any payment or partial payment if the payment or partial payments are insufficient to bring the Loan current. Lender may accept any payment or partial payment insufficient to bring the Loan current, without waiver of any rights hereunder or prejudice to its rights to refuse such payment or partial payments in the future, but Lender is not obligated to apply such payments at the time such payments are accepted. If each Periodic Payment is applied as of its scheduled due date, then Lender need not pay interest on unapplied funds. Lender may hold such unapplied funds until Borrower makes payment to bring the Loan current. If Borrower does not do so within a reasonable period of time, Lender shall either apply such funds or return them to Borrower. If not applied earlier, such funds will be applied to the outstanding principal balance under the Note immediately prior to foreclosure. No offset or claim which Borrower might have now or in the future against Lender shall relieve Borrower from making payments due under the Note and this Security Instrument or performing the covenants and agreements secured by this Security Instrument.

**2. Application of Payments or Proceeds.** Except as otherwise described in this Section 2, all payments accepted and applied by Lender shall be applied in the following order of priority:

First, to the Mortgage Insurance premiums to be paid by Lender to the Secretary or the monthly charge by the Secretary instead of the monthly mortgage insurance premiums;

Second, to any taxes, special assessments, leasehold payments or ground rents, and fire, flood and other hazard insurance premiums, as required;

Third, to interest due under the Note;

Fourth, to amortization of the principal of the Note; and,

Fifth, to late charges due under the Note.

Any application of payments, insurance proceeds, or Miscellaneous Proceeds to principal due under the Note shall not extend or postpone the due date, or change the amount, of the Periodic Payments.

**3. Funds for Escrow Items.** Borrower shall pay to Lender on the day Periodic Payments are due under the Note, until the Note is paid in full, a sum (the "Funds") to provide for payment of amounts due for: (a) taxes and assessments and other items which can attain priority over this Security Instrument as a lien or encumbrance on the Property; (b) leasehold payments or ground rents on the Property, if any; (c) premiums for any and all insurance required by Lender under Section 5; and (d) Mortgage Insurance premiums, to be paid by Lender to the Secretary or the monthly charge by the Secretary instead of the monthly Mortgage Insurance premiums. These items are called "Escrow Items." At origination or at any time during the term of the Loan, Lender may require that Community Association Dues, Fees, and Assessments, if any, be escrowed by Borrower, and such dues, fees and assessments shall be an Escrow Item. Borrower shall promptly furnish to Lender all notices of amounts to be paid under this Section. Borrower shall pay Lender the Funds for Escrow Items unless Lender waives Borrower's obligation to pay the Funds for any or all Escrow Items. Lender may waive Borrower's obligation to pay to Lender Funds for any or all Escrow Items at any time. Any such waiver may only be in writing. In the event of such waiver, Borrower shall pay directly, when and where payable, the amounts due for any Escrow Items for which payment of Funds has been waived by Lender and, if Lender requires, shall furnish to Lender receipts evidencing such payment within such time period as Lender may require. Borrower's obligation to make such payments and to provide receipts shall for all purposes be deemed to be a covenant and agreement contained in this Security Instrument, as the phrase "covenant and agreement" is used in Section 9. If Borrower is obligated to pay Escrow Items directly, pursuant to a waiver, and Borrower fails to pay the amount due for an Escrow Item, Lender may exercise its rights under Section 9 and pay such amount and Borrower shall then be obligated under Section 9 to repay to Lender any such amount. Lender may revoke the waiver as to any or all Escrow Items at any time by a notice given in accordance with Section 14 and, upon such revocation, Borrower shall pay to Lender all Funds, and in such amounts, that are then required under this Section 3.

Lender may, at any time, collect and hold Funds in an amount (a) sufficient to permit Lender to apply the Funds at the time specified under RESPA, and (b) not to exceed the maximum amount a lender can require under RESPA. Lender shall estimate the amount of Funds due on the basis of current data and reasonable estimates of expenditures of future Escrow Items or otherwise in accordance with Applicable Law.

The Funds shall be held in an institution whose deposits are insured by a federal agency, instrumentality, or entity (including Lender, if Lender is an institution whose deposits are so insured) or in any Federal Home Loan Bank. Lender shall apply the Funds to pay the Escrow Items no later than the time specified under RESPA. Lender shall not charge Borrower



LOAN #: 4255791435

for holding and applying the Funds, annually analyzing the escrow account, or verifying the Escrow Items, unless Lender pays Borrower interest on the Funds and Applicable Law permits Lender to make such a charge. Unless an agreement is made in writing or Applicable Law requires interest to be paid on the Funds, Lender shall not be required to pay Borrower any interest or earnings on the Funds. Borrower and Lender can agree in writing, however, that interest shall be paid on the Funds. Lender shall give to Borrower, without charge, an annual accounting of the Funds as required by RESPA.

If there is a surplus of Funds held in escrow, as defined under RESPA, Lender shall account to Borrower for the excess funds in accordance with RESPA. If there is a shortage of Funds held in escrow, as defined under RESPA, Lender shall notify Borrower as required by RESPA, and Borrower shall pay to Lender the amount necessary to make up the shortage in accordance with RESPA, but in no more than 12 monthly payments. If there is a deficiency of Funds held in escrow, as defined under RESPA, Lender shall notify Borrower as required by RESPA, and Borrower shall pay to Lender the amount necessary to make up the deficiency in accordance with RESPA, but in no more than 12 monthly payments.

Upon payment in full of all sums secured by this Security Instrument, Lender shall promptly refund to Borrower any Funds held by Lender.

**4. Charges; Liens.** Borrower shall pay all taxes, assessments, charges, fines, and impositions attributable to the Property which can attain priority over this Security Instrument, leasehold payments or ground rents on the Property, if any, and Community Association Dues, Fees, and Assessments, if any. To the extent that these items are Escrow Items, Borrower shall pay them in the manner provided in Section 3.

Borrower shall promptly discharge any lien which has priority over this Security Instrument unless Borrower: (a) agrees in writing to the payment of the obligation secured by the lien in a manner acceptable to Lender, but only so long as Borrower is performing such agreement; (b) contests the lien in good faith by, or defends against enforcement of the lien in, legal proceedings which in Lender's opinion operate to prevent the enforcement of the lien while those proceedings are pending, but only until such proceedings are concluded; or (c) secures from the holder of the lien an agreement satisfactory to Lender subordinating the lien to this Security Instrument. If Lender determines that any part of the Property is subject to a lien which can attain priority over this Security Instrument, Lender may give Borrower a notice identifying the lien. Within 10 days of the date on which that notice is given, Borrower shall satisfy the lien or take one or more of the actions set forth above in this Section 4.

**5. Property Insurance.** Borrower shall keep the improvements now existing or hereafter erected on the Property insured against loss by fire, hazards included within the term "extended coverage," and any other hazards including, but not limited to, earthquakes and floods, for which Lender requires insurance. This insurance shall be maintained in the amounts (including deductible levels) and for the periods that Lender requires. What Lender requires pursuant to the preceding sentences can change during the term of the Loan. The insurance carrier providing the insurance shall be chosen by Borrower subject to Lender's right to disapprove Borrower's choice, which right shall not be exercised unreasonably. Lender may require Borrower to pay, in connection with this Loan, either: (a) a one-time charge for flood zone determination, certification and tracking services; or (b) a one-time charge for flood zone determination and certification services and subsequent charges each time remappings or similar changes occur which reasonably might affect such determination or certification. Borrower shall also be responsible for the payment of any fees imposed by the Federal Emergency Management Agency in connection with the review of any flood zone determination resulting from an objection by Borrower.

If Borrower fails to maintain any of the coverages described above, Lender may obtain insurance coverage, at Lender's option and Borrower's expense. Lender is under no obligation to purchase any particular type or amount of coverage. Therefore, such coverage shall cover Lender, but might or might not protect Borrower, Borrower's equity in the Property, or the contents of the Property, against any risk, hazard or liability and might provide greater or lesser coverage than was previously in effect. Borrower acknowledges that the cost of the insurance coverage so obtained might significantly exceed the cost of insurance that Borrower could have obtained. Any amounts disbursed by Lender under this Section 5 shall become additional debt of Borrower secured by this Security Instrument. These amounts shall bear interest at the Note rate from the date of disbursement and shall be payable, with such interest, upon notice from Lender to Borrower requesting payment.

All insurance policies required by Lender and renewals of such policies shall be subject to Lender's right to disapprove such policies, shall include a standard mortgage clause, and shall name Lender as mortgagee and/or as additional loss payee and Borrower further agrees to generally assign rights to insurance proceeds to the holder of the Note up to the amount of the outstanding loan balance. Lender shall have the right to hold the policies and renewal certificates. If Lender requires, Borrower shall promptly give to Lender all receipts of paid premiums and renewal notices. If Borrower obtains any

**CALIFORNIA** – Single Family – **Fannie Mae/Freddie Mac UNIFORM INSTRUMENT    Form 3005 1/01**
Modified for FHA 9/2014 (HUD Handbook 4000.1)
ICE Mortgage Technology, Inc.

Page 5 of 13

CAEFHA15DL   0721
CAEDEDL (CLS)
05/03/2022 03:42 PM PST



LOAN #: 4255791435

form of insurance coverage, not otherwise required by Lender, for damage to, or destruction of, the Property, such policy shall include a standard mortgage clause and shall name Lender as mortgagee and/or as an additional loss payee and Borrower further agrees to generally assign rights to insurance proceeds to the holder of the Note up to the amount of the outstanding loan balance.

In the event of loss, Borrower shall give prompt notice to the insurance carrier and Lender. Lender may make proof of loss if not made promptly by Borrower. Unless Lender and Borrower otherwise agree in writing, any insurance proceeds, whether or not the underlying insurance was required by Lender, shall be applied to restoration or repair of the Property, if the restoration or repair is economically feasible and Lender's security is not lessened. During such repair and restoration period, Lender shall have the right to hold such insurance proceeds until Lender has had an opportunity to inspect such Property to ensure the work has been completed to Lender's satisfaction, provided that such inspection shall be undertaken promptly. Lender may disburse proceeds for the repairs and restoration in a single payment or in a series of progress payments as the work is completed. Unless an agreement is made in writing or Applicable Law requires interest to be paid on such insurance proceeds, Lender shall not be required to pay Borrower any interest or earnings on such proceeds. Fees for public adjusters, or other third parties, retained by Borrower shall not be paid out of the insurance proceeds and shall be the sole obligation of Borrower. If the restoration or repair is not economically feasible or Lender's security would be lessened, the insurance proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with the excess, if any, paid to Borrower. Such insurance proceeds shall be applied in the order provided for in Section 2.

If Borrower abandons the Property, Lender may file, negotiate and settle any available insurance claim and related matters. If Borrower does not respond within 30 days to a notice from Lender that the insurance carrier has offered to settle a claim, then Lender may negotiate and settle the claim. The 30-day period will begin when the notice is given. In either event, or if Lender acquires the Property under Section 24 or otherwise, Borrower hereby assigns to Lender (a) Borrower's rights to any insurance proceeds in an amount not to exceed the amounts unpaid under the Note or this Security Instrument, and (b) any other of Borrower's rights (other than the right to any refund of unearned premiums paid by Borrower) under all insurance policies covering the Property, insofar as such rights are applicable to the coverage of the Property. Lender may use the insurance proceeds either to repair or restore the Property or to pay amounts unpaid under the Note or this Security Instrument, whether or not then due.

6. **Occupancy.** Borrower shall occupy, establish, and use the Property as Borrower's principal residence within 60 days after the execution of this Security Instrument and shall continue to occupy the Property as Borrower's principal residence for at least one year after the date of occupancy, unless Lender determines that this requirement shall cause undue hardship for the Borrower or unless extenuating circumstances exist which are beyond Borrower's control.

7. **Preservation, Maintenance and Protection of the Property; Inspections.** Borrower shall not destroy, damage or impair the Property, allow the Property to deteriorate or commit waste on the Property. Borrower shall maintain the Property in order to prevent the Property from deteriorating or decreasing in value due to its condition. Unless it is determined pursuant to Section 5 that repair or restoration is not economically feasible, Borrower shall promptly repair the Property if damaged to avoid further deterioration or damage. If insurance or condemnation proceeds are paid in connection with damage to the Property, Borrower shall be responsible for repairing or restoring the Property only if Lender has released proceeds for such purposes. Lender may disburse proceeds for the repairs and restoration in a single payment or in a series of progress payments as the work is completed. If the insurance or condemnation proceeds are not sufficient to repair or restore the Property, Borrower is not relieved of Borrower's obligation for the completion of such repair or restoration.

If condemnation proceeds are paid in connection with the taking of the property, Lender shall apply such proceeds to the reduction of the indebtedness under the Note and this Security Instrument, first to any delinquent amounts, and then to payment of principal. Any application of the proceeds to the principal shall not extend or postpone the due date of the monthly payments or change the amount of such payments.

Lender or its agent may make reasonable entries upon and inspections of the Property. If it has reasonable cause, Lender may inspect the interior of the improvements on the Property. Lender shall give Borrower notice at the time of or prior to such an interior inspection specifying such reasonable cause.

8. **Borrower's Loan Application.** Borrower shall be in default if, during the Loan application process, Borrower or any persons or entities acting at the direction of Borrower or with Borrower's knowledge or consent gave materially false, misleading, or inaccurate information or statements to Lender (or failed to provide Lender with material information) in connection with the Loan. Material representations include, but are not limited to, representations concerning Borrower's occupancy of the Property as Borrower's principal residence.

CALIFORNIA – Single Family – Fannie Mae/Freddie Mac UNIFORM INSTRUMENT    Form 3005 1/01
Modified for FHA 9/2014 (HUD Handbook 4000.1)
ICE Mortgage Technology, Inc.

Page 6 of 13

CAEFHA15DL  0721
CAEDEDL (CLS)
05/03/2022 03:42 PM PST



LOAN #: 4255791435

**9.  Protection of Lender's Interest in the Property and Rights Under this Security Instrument.** If (a) Borrower fails to perform the covenants and agreements contained in this Security Instrument, (b) there is a legal proceeding that might significantly affect Lender's interest in the Property and/or rights under this Security Instrument (such as a proceeding in bankruptcy, probate, for condemnation or forfeiture, for enforcement of a lien which may attain priority over this Security Instrument or to enforce laws or regulations), or (c) Borrower has abandoned the Property, then Lender may do and pay for whatever is reasonable or appropriate to protect Lender's interest in the Property and rights under this Security Instrument, including protecting and/or assessing the value of the Property, and securing and/or repairing the Property. Lender's actions can include, but are not limited to: (a) paying any sums secured by a lien which has priority over this Security Instrument; (b) appearing in court; and (c) paying reasonable attorneys' fees to protect its interest in the Property and/or rights under this Security Instrument, including its secured position in a bankruptcy proceeding. Securing the Property includes, but is not limited to, entering the Property to make repairs, change locks, replace or board up doors and windows, drain water from pipes, eliminate building or other code violations or dangerous conditions, and have utilities turned on or off. Although Lender may take action under this Section 9, Lender does not have to do so and is not under any duty or obligation to do so. It is agreed that Lender incurs no liability for not taking any or all actions authorized under this Section 9.

Any amounts disbursed by Lender under this Section 9 shall become additional debt of Borrower secured by this Security Instrument. These amounts shall bear interest at the Note rate from the date of disbursement and shall be payable, with such interest, upon notice from Lender to Borrower requesting payment.

If this Security Instrument is on a leasehold, Borrower shall comply with all the provisions of the lease. Borrower shall not surrender the leasehold estate and interests herein conveyed or terminate or cancel the ground lease. Borrower shall not, without the express written consent of Lender, alter or amend the ground lease. If Borrower acquires fee title to the Property, the leasehold and the fee title shall not merge unless Lender agrees to the merger in writing.

**10.  Assignment of Miscellaneous Proceeds; Forfeiture.** All Miscellaneous Proceeds are hereby assigned to and shall be paid to Lender.

If the Property is damaged, such Miscellaneous Proceeds shall be applied to restoration or repair of the Property, if the restoration or repair is economically feasible and Lender's security is not lessened. During such repair and restoration period, Lender shall have the right to hold such Miscellaneous Proceeds until Lender has had an opportunity to inspect such Property to ensure the work has been completed to Lender's satisfaction, provided that such inspection shall be undertaken promptly. Lender may pay for the repairs and restoration in a single disbursement or in a series of progress payments as the work is completed. Unless an agreement is made in writing or Applicable Law requires interest to be paid on such Miscellaneous Proceeds, Lender shall not be required to pay Borrower any interest or earnings on such Miscellaneous Proceeds. If the restoration or repair is not economically feasible or Lender's security would be lessened, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with the excess, if any, paid to Borrower. Such Miscellaneous Proceeds shall be applied in the order provided for in Section 2.

In the event of a total taking, destruction, or loss in value of the Property, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with the excess, if any, paid to Borrower.

In the event of a partial taking, destruction, or loss in value of the Property in which the fair market value of the Property immediately before the partial taking, destruction, or loss in value is equal to or greater than the amount of the sums secured by this Security Instrument immediately before the partial taking, destruction, or loss in value, unless Borrower and Lender otherwise agree in writing, the sums secured by this Security Instrument shall be reduced by the amount of the Miscellaneous Proceeds multiplied by the following fraction: (a) the total amount of the sums secured immediately before the partial taking, destruction, or loss in value divided by (b) the fair market value of the Property immediately before the partial taking, destruction, or loss in value. Any balance shall be paid to Borrower.

In the event of a partial taking, destruction, or loss in value of the Property in which the fair market value of the Property immediately before the partial taking, destruction, or loss in value is less than the amount of the sums secured immediately before the partial taking, destruction, or loss in value, unless Borrower and Lender otherwise agree in writing, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument whether or not the sums are then due.

If the Property is abandoned by Borrower, or if, after notice by Lender to Borrower that the Opposing Party (as defined in the next sentence) offers to make an award to settle a claim for damages, Borrower fails to respond to Lender within 30 days after the date the notice is given, Lender is authorized to collect and apply the Miscellaneous Proceeds either to restoration or repair of the Property or to the sums secured by this Security Instrument, whether or not then due. "Opposing Party" means the third party that owes Borrower Miscellaneous Proceeds or the party against whom Borrower has a right of action in regard to Miscellaneous Proceeds.

CALIFORNIA – Single Family – Fannie Mae/Freddie Mac UNIFORM INSTRUMENT     Form 3005 1/01
Modified for FHA 9/2014 (HUD Handbook 4000.1)
ICE Mortgage Technology, Inc.                    Page 7 of 13                    CAEFHA15DL   0721
                                                                                   CAEDEDL (CLS)
                                                                          05/03/2022 03:42 PM PST



LOAN #: 4255791435

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of CALIFORNIA
County of SAN BERNARDINO

On ___5-4-2022_____, before me, ___5-4-2022 (ME) Melodee Esparza, Notary Public___
(here insert name and title of the officer), personally appeared KEITH A WINZER AND ANDREA VEOLA WINZER, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Melodee Esparza_____

_Melodee Esparza_____ (NOTARY)



MELODEE ESPARZA
Notary Public - California
Riverside County
Commission # 2326682
My Comm. Expires May 27, 2024

(SEAL)

Lender: Paramount Residential Mortgage Group, Inc.
NMLS ID: 75243
Loan Originator: Sandee K Evans
NMLS ID: 885975

CALIFORNIA – Single Family – Fannie Mae/Freddie Mac UNIFORM INSTRUMENT    Form 3005 1/01
Modified for FHA 9/2014 (HUD Handbook 4000.1)
ICE Mortgage Technology, Inc.                              Page 13 of 13                              CAEFHA15DL  0721
                                                                                                     CAEDEDL (CLS)
                                                                                                     05/03/2022 03:42 PM PST

`LOAN #: 4255791435

Borrower shall be in default if any action or proceeding, whether civil or criminal, is begun that, in Lender's judgment, could result in forfeiture of the Property or other material impairment of Lender's interest in the Property or rights under this Security Instrument. Borrower can cure such a default and, if acceleration has occurred, reinstate as provided in Section 18, by causing the action or proceeding to be dismissed with a ruling that, in Lender's judgment, precludes forfeiture of the Property or other material impairment of Lender's interest in the Property or rights under this Security Instrument. The proceeds of any award or claim for damages that are attributable to the impairment of Lender's interest in the Property are hereby assigned and shall be paid to Lender.

All Miscellaneous Proceeds that are not applied to restoration or repair of the Property shall be applied in the order provided for in Section 2.

**11. Borrower Not Released; Forbearance By Lender Not a Waiver.** Extension of the time for payment or modification of amortization of the sums secured by this Security Instrument granted by Lender to Borrower or any Successor in Interest of Borrower shall not operate to release the liability of Borrower or any Successors in Interest of Borrower. Lender shall not be required to commence proceedings against any Successor in Interest of Borrower or to refuse to extend time for payment or otherwise modify amortization of the sums secured by this Security Instrument by reason of any demand made by the original Borrower or any Successors in Interest of Borrower. Any forbearance by Lender in exercising any right or remedy including, without limitation, Lender's acceptance of payments from third persons, entities or Successors in Interest of Borrower or in amounts less than the amount then due, shall not be a waiver of or preclude the exercise of any right or remedy.

**12. Joint and Several Liability; Co-signers; Successors and Assigns Bound.** Borrower covenants and agrees that Borrower's obligations and liability shall be joint and several. However, any Borrower who co-signs this Security Instrument but does not execute the Note (a "co-signer"): (a) is co-signing this Security Instrument only to mortgage, grant and convey the co-signer's interest in the Property under the terms of this Security Instrument; (b) is not personally obligated to pay the sums secured by this Security Instrument; and (c) agrees that Lender and any other Borrower can agree to extend, modify, forbear or make any accommodations with regard to the terms of this Security Instrument or the Note without the co-signer's consent.

Subject to the provisions of Section 17, any Successor in Interest of Borrower who assumes Borrower's obligations under this Security Instrument in writing, and is approved by Lender, shall obtain all of Borrower's rights and benefits under this Security Instrument. Borrower shall not be released from Borrower's obligations and liability under this Security Instrument unless Lender agrees to such release in writing. The covenants and agreements of this Security Instrument shall bind (except as provided in Section 19) and benefit the successors and assigns of Lender.

**13. Loan Charges.** Lender may charge Borrower fees for services performed in connection with Borrower's default, for the purpose of protecting Lender's interest in the Property and rights under this Security Instrument, including, but not limited to, attorneys' fees, property inspection and valuation fees. Lender may collect fees and charges authorized by the Secretary. Lender may not charge fees that are expressly prohibited by this Security Instrument or by Applicable Law.

If the Loan is subject to a law which sets maximum loan charges, and that law is finally interpreted so that the interest or other loan charges collected or to be collected in connection with the Loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from Borrower which exceeded permitted limits will be refunded to Borrower. Lender may choose to make this refund by reducing the principal owed under the Note or by making a direct payment to Borrower. If a refund reduces principal, the reduction will be treated as a partial prepayment with no changes in the due date or in the monthly payment amount unless the Note holder agrees in writing to those changes. Borrower's acceptance of any such refund made by direct payment to Borrower will constitute a waiver of any right of action Borrower might have arising out of such overcharge.

**14. Notices.** All notices given by Borrower or Lender in connection with this Security Instrument must be in writing. Any notice to Borrower in connection with this Security Instrument shall be deemed to have been given to Borrower when mailed by first class mail or when actually delivered to Borrower's notice address if sent by other means. Notice to any one Borrower shall constitute notice to all Borrowers unless Applicable Law expressly requires otherwise. The notice address shall be the Property Address unless Borrower has designated a substitute notice address by notice to Lender. Borrower shall promptly notify Lender of Borrower's change of address. If Lender specifies a procedure for reporting Borrower's change of address, then Borrower shall only report a change of address through that specified procedure. There may be only one designated notice address under this Security Instrument at any one time. Any notice to Lender shall be given by delivering it or by mailing it by first class mail to Lender's address stated herein unless Lender has designated another address by notice to Borrower. Any notice in connection with this Security Instrument shall not be deemed to have been given to Lender until

**CALIFORNIA – Single Family – Fannie Mae/Freddie Mac UNIFORM INSTRUMENT    Form 3005 1/01**
Modified for FHA 9/2014 (HUD Handbook 4000.1)
ICE Mortgage Technology, Inc.

Page 8 of 13

CAEFHA15DL   0721
CAEDEDL (CLS)
05/03/2022 03:42 PM PST



LOAN #: 4255791435

actually received by Lender. If any notice required by this Security Instrument is also required under Applicable Law, the Applicable Law requirement will satisfy the corresponding requirement under this Security Instrument.

**15. Governing Law; Severability; Rules of Construction.** This Security Instrument shall be governed by federal law and the law of the jurisdiction in which the Property is located. All rights and obligations contained in this Security Instrument are subject to any requirements and limitations of Applicable Law. Applicable Law might explicitly or implicitly allow the parties to agree by contract or it might be silent, but such silence shall not be construed as a prohibition against agreement by contract. In the event that any provision or clause of this Security Instrument or the Note conflicts with Applicable Law, such conflict shall not affect other provisions of this Security Instrument or the Note which can be given effect without the conflicting provision.

As used in this Security Instrument: (a) words of the masculine gender shall mean and include corresponding neuter words or words of the feminine gender; (b) words in the singular shall mean and include the plural and vice versa; and (c) the word "may" gives sole discretion without any obligation to take any action.

**16. Borrower's Copy.** Borrower shall be given one copy of the Note and of this Security Instrument.

**17. Transfer of the Property or a Beneficial Interest in Borrower.** As used in this Section 17, "Interest in the Property" means any legal or beneficial interest in the Property, including, but not limited to, those beneficial interests transferred in a bond for deed, contract for deed, installment sales contract or escrow agreement, the intent of which is the transfer of title by Borrower at a future date to a purchaser.

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 14 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

**18. Borrower's Right to Reinstate After Acceleration.** If Borrower meets certain conditions, Borrower shall have the right to reinstatement of a mortgage. Those conditions are that Borrower: (a) pays Lender all sums which then would be due under this Security Instrument and the Note as if no acceleration had occurred; (b) cures any default of any other covenants or agreements; (c) pays all expenses incurred in enforcing this Security Instrument, including, but not limited to, reasonable attorneys' fees, property inspection and valuation fees, and other fees incurred for the purpose of protecting Lender's interest in the Property and rights under this Security Instrument; and (d) takes such action as Lender may reasonably require to assure that Lender's interest in the Property and rights under this Security Instrument, and Borrower's obligation to pay the sums secured by this Security Instrument, shall continue unchanged. However, Lender is not required to reinstate if: (i) Lender has accepted reinstatement after the commencement of foreclosure proceedings within two years immediately preceding the commencement of a current foreclosure proceedings; (ii) reinstatement will preclude foreclosure on different grounds in the future, or (iii) reinstatement will adversely affect the priority of the lien created by this Security Instrument. Lender may require that Borrower pay such reinstatement sums and expenses in one or more of the following forms, as selected by Lender: (a) cash; (b) money order; (c) certified check, bank check, treasurer's check or cashier's check, provided any such check is drawn upon an institution whose deposits are insured by a federal agency, instrumentality or entity; or (d) Electronic Funds Transfer. Upon reinstatement by Borrower, this Security Instrument and obligations secured hereby shall remain fully effective as if no acceleration had occurred. However, this right to reinstate shall not apply in the case of acceleration under Section 17.

**19. Sale of Note; Change of Loan Servicer; Notice of Grievance.** The Note or a partial interest in the Note (together with this Security Instrument) can be sold one or more times without prior notice to Borrower. A sale might result in a change in the entity (known as the "Loan Servicer") that collects Periodic Payments due under the Note and this Security Instrument and performs other mortgage loan servicing obligations under the Note, this Security Instrument, and Applicable Law. There also might be one or more changes of the Loan Servicer unrelated to a sale of the Note. If there is a change of the Loan Servicer, Borrower will be given written notice of the change which will state the name and address of the new Loan Servicer, the address to which payments should be made and any other information RESPA requires in connection with a notice of transfer of servicing. If the Note is sold and thereafter the Loan is serviced by a Loan Servicer other than the purchaser of the Note, the mortgage loan servicing obligations to Borrower will remain with the Loan Servicer or be transferred to a successor Loan Servicer and are not assumed by the Note purchaser unless otherwise provided by the Note purchaser.

**CALIFORNIA** – Single Family – **Fannie Mae/Freddie Mac UNIFORM INSTRUMENT**    Form 3005 1/01
Modified for FHA 9/2014 (HUD Handbook 4000.1)
ICE Mortgage Technology, Inc.

CAEFHA15DL   0721
CAEDEDL (CLS)
05/03/2022 03:42 PM PST

LOAN #: 4255791435

**20. Borrower Not Third-Party Beneficiary to Contract of Insurance.** Mortgage Insurance reimburses Lender (or any entity that purchases the Note) for certain losses it may incur if Borrower does not repay the Loan as agreed. Borrower acknowledges and agrees that the Borrower is not a third party beneficiary to the contract of insurance between the Secretary and Lender, nor is Borrower entitled to enforce any agreement between Lender and the Secretary, unless explicitly authorized to do so by Applicable Law.

**21. Hazardous Substances.** As used in this Section 21: (a) "Hazardous Substances" are those substances defined as toxic or hazardous substances, pollutants, or wastes by Environmental Law and the following substances: gasoline, kerosene, other flammable or toxic petroleum products, toxic pesticides and herbicides, volatile solvents, materials containing asbestos or formaldehyde, and radioactive materials; (b) "Environmental Law" means federal laws and laws of the jurisdiction where the Property is located that relate to health, safety or environmental protection; (c) "Environmental Cleanup" includes any response action, remedial action, or removal action, as defined in Environmental Law; and (d) an "Environmental Condition" means a condition that can cause, contribute to, or otherwise trigger an Environmental Cleanup.

Borrower shall not cause or permit the presence, use, disposal, storage, or release of any Hazardous Substances, or threaten to release any Hazardous Substances, on or in the Property. Borrower shall not do, nor allow anyone else to do, anything affecting the Property (a) that is in violation of any Environmental Law, (b) which creates an Environmental Condition, or (c) which, due to the presence, use, or release of a Hazardous Substance, creates a condition that adversely affects the value of the Property. The preceding two sentences shall not apply to the presence, use, or storage on the Property of small quantities of Hazardous Substances that are generally recognized to be appropriate to normal residential uses and to maintenance of the Property (including, but not limited to, hazardous substances in consumer products).

Borrower shall promptly give Lender written notice of (a) any investigation, claim, demand, lawsuit or other action by any governmental or regulatory agency or private party involving the Property and any Hazardous Substance or Environmental Law of which Borrower has actual knowledge, (b) any Environmental Condition, including but not limited to, any spilling, leaking, discharge, release or threat of release of any Hazardous Substance, and (c) any condition caused by the presence, use or release of a Hazardous Substance which adversely affects the value of the Property. If Borrower learns, or is notified by any governmental or regulatory authority, or any private party, that any removal or other remediation of any Hazardous Substance affecting the Property is necessary, Borrower shall promptly take all necessary remedial actions in accordance with Environmental Law. Nothing herein shall create any obligation on Lender for an Environmental Cleanup.

**22. Grounds for Acceleration of Debt.**

**(a) Default.** Lender may, except as limited by regulations issued by the Secretary, in the case of payment defaults, require immediate payment in full of all sums secured by this Security Instrument if:

    (i) Borrower defaults by failing to pay in full any monthly payment required by this Security Instrument prior to or on the due date of the next monthly payment, or

    (ii) Borrower defaults by failing, for a period of thirty days, to perform any other obligations contained in this Security Instrument.

**(b) Sale Without Credit Approval.** Lender shall, if permitted by applicable law (including Section 341(d) of the Garn-St. Germain Depository Institutions Act of 1982, 12 U.S.C. 1701j-3(d)) and with the prior approval of the Secretary, require immediate payment in full of all sums secured by this Security Instrument if:

    (i) All or part of the Property, or a beneficial interest in a trust owning all or part of the Property, is sold or otherwise transferred (other than by devise or descent), and

    (ii) The Property is not occupied by the purchaser or grantee as his or her principal residence, or the purchaser or grantee does so occupy the Property but his or her credit has not been approved in accordance with the requirements of the Secretary.

**(c) No Waiver.** If circumstances occur that would permit Lender to require immediate payment in full, but Lender does not require such payments, Lender does not waive its rights with respect to subsequent events.

**(d) Regulations of HUD Secretary.** In many circumstances regulations issued by the Secretary will limit Lender's rights, in the case of payment defaults, to require immediate payment in full and foreclose if not paid. This Security Instrument does not authorize acceleration or foreclosure if not permitted by regulations of the Secretary.

**(e) Mortgage Not Insured.** Borrower agrees that if this Security Instrument and the Note are not determined to be eligible for insurance under the National Housing Act within 60 days from the date hereof, Lender may, at its option and notwithstanding anything in paragraph 22, require immediate payment in full of all sums secured by this Security Instrument. A written statement of any authorized agent of the Secretary dated subsequent to 60 days from the date hereof, declining to insure this Security Instrument and the Note, shall be deemed conclusive proof of such ineligibility.

CALIFORNIA – Single Family – Fannie Mae/Freddie Mac UNIFORM INSTRUMENT    Form 3005 1/01
Modified for FHA 9/2014 (HUD Handbook 4000.1)
ICE Mortgage Technology, Inc.    Page 10 of 13

CAEFHA15DL   0721
CAEDEDL (CLS)
05/03/2022 03:42 PM PST

LOAN #: 4255791435

Notwithstanding the foregoing, this option may not be exercised by Lender when the unavailability of insurance is solely due to Lender's failure to remit a mortgage insurance premium to the Secretary.

NON-UNIFORM COVENANTS. Borrower and Lender further covenant and agree as follows:

**23. Assignment of Rents.** Borrower unconditionally assigns and transfers to Lender all the rents and revenues of the Property. Borrower authorizes Lender or Lender's agents to collect the rents and revenues and hereby directs each tenant of the Property to pay the rents to Lender or Lender's agents. However, prior to Lender's notice to Borrower of Borrower's breach of any covenant or agreement in the Security Instrument, Borrower shall collect and receive all rents and revenues of the Property as trustee for the benefit of Lender and Borrower. This assignment of rents constitutes an absolute assignment and not an assignment for additional security only.

If Lender gives notice of breach to Borrower: (a) all rents received by Borrower shall be held by Borrower as trustee for benefit of Lender only, to be applied to the sums secured by the Security Instrument; (b) Lender shall be entitled to collect and receive all of the rents of the Property; and (c) each tenant of the Property shall pay all rents due and unpaid to Lender or Lender's agent on Lender's written demand to the tenant.

Borrower has not executed any prior assignment of the rents and has not and will not perform any act that would prevent Lender from exercising its rights under this Section 23.

Lender shall not be required to enter upon, take control of or maintain the Property before or after giving notice of breach to Borrower. However, Lender or a judicially appointed receiver may do so at any time there is a breach. Any application of rents shall not cure or waive any default or invalidate any other right or remedy of Lender. This assignment of rents of the Property shall terminate when the debt secured by the Security Instrument is paid in full.

**24. Acceleration; Remedies. Lender shall give notice to Borrower prior to acceleration following Borrower's breach of any covenant or agreement in this Security Instrument (but not prior to acceleration under Section 17 unless Applicable Law provides otherwise). The notice shall specify: (a) the default; (b) the action required to cure the default; (c) a date, not less than 30 days from the date the notice is given to Borrower, by which the default must be cured; and (d) that failure to cure the default on or before the date specified in the notice may result in acceleration of the sums secured by this Security Instrument and sale of the Property. The notice shall further inform Borrower of the right to reinstate after acceleration and the right to bring a court action to assert the non-existence of a default or any other defense of Borrower to acceleration and sale. If the default is not cured on or before the date specified in the notice, Lender at its option may require immediate payment in full of all sums secured by this Security Instrument without further demand and may invoke the power of sale and any other remedies permitted by Applicable Law. Lender shall be entitled to collect all expenses incurred in pursuing the remedies provided in this Section 24, including, but not limited to, reasonable attorneys' fees and costs of title evidence.**

If Lender invokes the power of sale, Lender shall execute or cause Trustee to execute a written notice of the occurrence of an event of default and of Lender's election to cause the Property to be sold. Trustee shall cause this notice to be recorded in each county in which any part of the Property is located. Lender or Trustee shall mail copies of the notice as prescribed by Applicable Law to Borrower and to the other persons prescribed by Applicable Law. Trustee shall give public notice of sale to the persons and in the manner prescribed by Applicable Law. After the time required by Applicable Law, Trustee, without demand on Borrower, shall sell the Property at public auction to the highest bidder at the time and place and under the terms designated in the notice of sale in one or more parcels and in any order Trustee determines. Trustee may postpone sale of all or any parcel of the Property by public announcement at the time and place of any previously scheduled sale. Lender or its designee may purchase the Property at any sale.

Trustee shall deliver to the purchaser Trustee's deed conveying the Property without any covenant or warranty, expressed or implied. The recitals in the Trustee's deed shall be prima facie evidence of the truth of the statements made therein. Trustee shall apply the proceeds of the sale in the following order: (a) to all expenses of the sale, including, but not limited to, reasonable Trustee's and attorneys' fees; (b) to all sums secured by this Security Instrument; and (c) any excess to the person or persons legally entitled to it.

If the Lender's interest in this Security Instrument is held by the Secretary and the Secretary requires immediate payment in full under Section 22, the Secretary may invoke the nonjudicial power of sale provided in the Single Family Mortgage Foreclosure Act of 1994 ("Act") (12 U.S.C. 3751 et seq.) by requesting a foreclosure commissioner designated under the Act to commence foreclosure and to sell the Property as provided in the Act. Nothing in the

CALIFORNIA – Single Family – Fannie Mae/Freddie Mac UNIFORM INSTRUMENT     Form 3005 1/01
Modified for FHA 9/2014 (HUD Handbook 4000.1)
ICE Mortgage Technology, Inc.

Page 11 of 13

CAEFHA15DL  0721
CAEDEDL (CLS)
05/03/2022 03:42 PM PST

LOAN #: 4255791435

preceding sentence shall deprive the Secretary of any rights otherwise available to a Lender under this Section 24 or applicable law.

**25. Reconveyance.** Upon payment of all sums secured by this Security Instrument, Lender shall request Trustee to reconvey the Property and shall surrender this Security Instrument and all notes evidencing debt secured by this Security Instrument to Trustee. Trustee shall reconvey the Property without warranty to the person or persons legally entitled to it. Lender may charge such person or persons a reasonable fee for reconveying the Property, but only if the fee is paid to a third party (such as the Trustee) for services rendered and the charging of the fee is permitted under Applicable Law. If the fee charged does not exceed the fee set by Applicable Law, the fee is conclusively presumed to be reasonable.

**26. Substitute Trustee.** Lender, at its option, may from time to time appoint a successor trustee to any Trustee appointed hereunder by an instrument executed and acknowledged by Lender and recorded in the office of the Recorder of the county in which the Property is located. The instrument shall contain the name of the original Lender, Trustee and Borrower, the book and page where this Security Instrument is recorded and the name and address of the successor trustee. Without conveyance of the Property, the successor trustee shall succeed to all the title, powers and duties conferred upon the Trustee herein and by Applicable Law. This procedure for substitution of trustee shall govern to the exclusion of all other provisions for substitution.

**27. Statement of Obligation Fee.** Lender may collect a fee not to exceed the maximum amount permitted by Applicable Law for furnishing the statement of obligation as provided by Section 2943 of the Civil Code of California.

The undersigned Borrower requests that a copy of any Notice of Default and any Notice of Sale under this Security Instrument be mailed to Borrower at the address set forth above.

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any Rider executed by Borrower and recorded with it.



_____  5/4/22  (Seal)
KEITH A WINZER                      DATE

_____  5/4/22  (Seal)
ANDREA VEOLA WINZER                 DATE

CALIFORNIA – Single Family – Fannie Mae/Freddie Mac UNIFORM INSTRUMENT    Form 3005 1/01
Modified for FHA 9/2014 (HUD Handbook 4000.1)
ICE Mortgage Technology, Inc.                      Page 12 of 13                      CAEFHA15DL  0721
                                                                                      CAEDEDL (CLS)
                                                                                      05/03/2022 03:42 PM PST

**LOAN #: 4255791435**

| | | |
|---|---|---|
| MODEL NOTICE<br>INFORMED CONSUMER<br>CHOICE DISCLOSURE NOTICE | **U.S. Department of**<br>**Housing and Urban Development**<br>Office of Housing Federal Housing Commissioner | OMB Approval No. 2502-0059<br>(exp. 12/31/2023) |

Lenders are not required to use this specific form when making this disclosure. This form is provided as an example of what should be included in this disclosure. Section 203(b)(2) of the National Housing Act requires a disclosure to assist borrowers in comparing the costs of a FHA-insured mortgage versus similar conventional mortgages. This disclosure must be given to prospective borrowers that may qualify for both FHA-insured financing and a conventional mortgage product. Public reporting burden for this disclosure is estimated to average 5 minutes per response including time for reviewing instructions, searching existing data sources, gathering and maintaining data needed and completing and reviewing the collection of information. This agency may not conduct or sponsor, and a person is not required to respond to a collection of information unless that collection displays a valid OMB control number.

In addition to an FHA-insured mortgage, you may also qualify for other mortgage products offered by your lender. To ensure that you are aware of available financing options, your lender has prepared a comparison of the typical costs of alternative conventional mortgage product(s), using representative loan amounts and costs. The loan amounts and associated costs shown below will vary from your own mortgage loan transaction. You should study the comparison carefully, ask questions, and determine which product is best for you. The information provided below was prepared as of **May 3, 2022.**

Neither your lender nor FHA warrants that you actually qualify for any mortgage loan offered by your lender. This notice is provided to you to identify the key differences between these mortgage products. This disclosure is not a contract and does not constitute loan approval. Actual mortgage approval can only be made following a full underwriting analysis by your lender.

| Mortgage Parameters | FHA Financing<br>203(b) Fixed Rate | Conventional Financing<br>95% with Mortgage Insurance |
|---|---|---|
| 1.  Sales Price | **$100,000.00** | **$100,000.00** |
| 2.  Mortgage Amount | **$96,500.00 - $98,188.00**    w/ Upfront<br>Mortgage Insurance Premium (UFMIP). | **$95,000.00** |
| 3.  Closing Costs | **$2,000.00** | **$2,000.00** |
| 4.  Down payment Needed | **$3,500.00** | **$5,000.00** |
| 5.  Interest Rate and Term of Loan<br>in Years | **5.00 % / 30 Year Loan** | **100.00 % / 30 Year Loan** |
| 6.  Monthly Payment (principal<br>and interest only) | **$527.09** | **$509.98** |
| 7.  Loan-to-Value (LTV) | **96.50 %** | **95.00 %** |
| 8.  Monthly Mortgage Insurance<br>Premium (MIP) | **$99.85** | **$53.04** |
| 9.  Maximum Number of Years of<br>Monthly MIP Payments | **10 years** | Approximately  9       Years |
| 10. UFMIP | **$1,688.00**      (typically included in<br>mortgage amount, line 2) | |

1.  The monthly MIP is calculated on the average annual principal balance, i.e., as the amount you owe on the loan decreases each year, so does the amount of the monthly premium.
2.  Based on an UFMIP rate of 1.75%, the total mortgage amount is **$98,188.**
3.  Streamline refinances of FHA loans endorsed/insured by FHA prior to June 1, 2009 are subject to a reduced UFMIP of .01% and a reduced annual MIP of .55% **($44.22 monthly for a loan amount of $96,500).**

FHA Mortgage Insurance Premium Information
In addition to an UFMIP, you may also be charged a monthly MIP. You will pay the monthly premium for either:

- the first 30 years of the mortgage term, or the end of the mortgage term, whichever occurs first, for any mortgage involving an original principal obligation (excluding financed UFMIP) with a LTV greater than 90 percent; or
- the first 11 years of the mortgage term, or the end of the mortgage term, whichever occurs first, if your mortgage had an original principal obligation (excluding financed UFMIP) with a LTV ratio of less than or equal to 90 percent.

_____         5/4/22 _____
KEITH A WINZER                                                              DATE

_____         5/4/22 _____
ANDREA VEOLA WINZER                                                DATE

ICE Mortgage Technology, Inc.

GFEDIC13  0121
GFEDICCD (CLS)
05/03/2022 03:42 PM PST

## Important Notice to Homebuyers

**U.S. Department of Housing and Urban Development**
Office of Housing - Federal
Housing Commissioner

OMB Approval No. 2502-0059
(Expires 12/31/2023)

**You must** read this entire document at the time you apply for the loan.
Return one copy to the mortgagee as proof of notification and keep one copy for your records.

### Condition of Property

The property you are buying is not HUD/FHA approved and HUD/FHA does not warrant the condition or the value of the property. An appraisal will be performed to estimate the value of the property, but this appraisal does not guarantee that the house is free of defects. You should inspect the property yourself very carefully or hire a professional inspection service to inspect the property for you.

### Interest Rate and Discount Points

a. HUD does not regulate the interest rate or the discount points that may be paid by you or the seller or other third party. You should shop around to be sure you are satisfied with the loan terms offered and with the service reputation of the mortgagee you have chosen.

b. The interest rate, any discount points, and the length of time the mortgagee will honor the loan terms are all negotiated between you and the mortgagee.

c. The seller can pay the discount points, or a portion thereof, if you and the seller agree to such an arrangement.

d. Mortgagees may agree to guarantee or "lock-in" the loan terms for a definite period of time (i.e., 15, 30,

60 days, etc.) or may permit your loan to be determined by future market conditions, also known as "floating". Mortgagees may require a fee to lock in the interest rate or the terms of the loan but must provide a written agreement covering a minimum of 15 days before the anticipated closing.

e. Your agreement with the mortgagee will determine the degree, if any, that the interest rate and discount points may rise before closing.

f. If the mortgagee determines you are eligible for the mortgage, your agreement with the seller may require you to complete the transaction or lose your deposit on the property.

### Don't Commit Loan Fraud

It is important for you to understand that you are required to provide complete and accurate information when applying for a mortgage loan.

a. Do not falsify information about your income or assets.

b. Disclose all loans and debts (including money that may have been borrowed to make the down payment).

c. Do not provide false letters of credit, cash-on-hand statements, gift letters or sweat equity letters.

d. Do not accept funds to be used for your down payment from any other party (seller, real estate salesperson, builder, etc.).

e. Do not falsely certify that a property will be used for your primary residence when you are actually going to use it as a rental property.

f. Do not act as a "strawbuyer" (somebody who purchases a property for another person and then transfers title of the property to that person), nor should you give that person personal or credit information for them to use in any such scheme.

g. Do not apply for a loan by assuming the identity of another person.

h. Do not sign an incomplete or blank document that is missing the name and address of the recipient or other important identifying information.

**Penalties for Loan Fraud:** Federal laws provide severe penalties for fraud, misrepresentation, or conspiracy to influence wrongly the issuance of mortgage insurance by HUD. You can be subject to a possible prison term and fine of up to $10,000 for providing false information. Additionally, you could be prohibited from obtaining a HUD-insured loan for an indefinite period.

**Report Loan Fraud:** If you are aware of any fraud in HUD programs or if an individual tries to persuade you to make false statements on a loan application, you should report the matter by calling your nearest HUD office or the HUD Regional Inspector General, or call the HUD Hotline on 1 (800) 347-3735.

**Warning:** It is a crime to knowingly make false statements to the United States Government on this or any similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18, U.S.C. §§ 1001 and 1010.

### Discrimination

If you believe you have been subject to discrimination because of race, color, religion, sex, handicap, familial status, or national origin, you should call HUD's Fair Housing & Equal Opportunity Complaint Hotline: 1 (800) 669-9777.

### About Prepayment

This notice is to advise you of the requirements that must be followed to accomplish a prepayment of your mortgage, and to prevent accrual of any interest after the date of prepayment.

You may prepay any or all of the outstanding indebtedness due under your mortgage at any time, without penalty. However, to avoid the accrual of interest on any prepayment, the prepayment must be received on the installment due date (the first day of the month) if the mortgagee stated this policy in its response to a request for a payoff figure.

Otherwise, you may be required to pay interest on the amount prepaid through the end of the month. The mortgagee can refuse to accept prepayment on any date other than the installment due date.

For all FHA mortgages closed on or after January 21, 2015, mortgagees may only charge interest through the date the mortgage is paid in full.

Previous editions are obsolete
ICE Mortgage Technology, Inc.

Page 1 of 2

form **HUD-92900-B** (2/2020)
GBNI13  0121
GBNI (CLS)
05/03/2022 03:42 PM PST

**FHA Mortgage Insurance Information**

**Who may be eligible for a refund?**

**Premium Refund:** You may be eligible for a refund of a portion of the insurance premium if you paid an upfront mortgage insurance premium (UFMIP) at settlement and are refinancing with another FHA mortgage.

Review your settlement papers or check with your mortgage company to determine if you paid a UFMIP.

**Exceptions:**

**Assumptions:** When an FHA-insured loan is assumed the insurance remains in force (the seller receives no refund). The owner of the property at the time the insurance is terminated is entitled to any refund.

**FHA-to-FHA Refinance:** When an FHA-insured loan is refinanced, the refund from the old premium may be applied toward the UFMIP required for the new loan.

**How are Refunds Determined?**

The FHA Commissioner determines how much of the UFMIP is refunded when loans are terminated. Refunds are based on the number of months the loan is insured.

**Monthly Insurance Premiums**

In addition to a UFMIP, you may also be charged a monthly mortgage insurance premium. You will pay the monthly premium for either:

- the first 11 years of the mortgage term, or the end of the mortgage term, whichever occurs first, if your mortgage had an original principal obligation (excluding financed UFMIP) with a loan-to-value (LTV) ratio of less than or equal to 90 percent; or
- the first 30 years of the mortgage term, or the end of the mortgage term, whichever occurs first, for any mortgage involving an original principal obligation (excluding financed UFMIP) with an LTV greater than 90 percent.

**Important:** The rules governing the eligibility for premium refunds are based on the financial status of the FHA insurance fund and are subject to change.

SI USTED HABLA ESPANOL **Y TIENE DIFICULTAD LEYENDO** O HABLANDO INGLES, POR FAVOR LLAME A ESTE NUMERO TELEFONICO 800.697.6967.

**You, the borrower, must be certain that you understand the transaction. Seek professional advice if you are uncertain.**

**Acknowledgment:** I acknowledge that I have read and received a copy of this notice at the time of loan application. This notice does not constitute a contract or binding agreement. It is designed to provide current HUD/FHA policy regarding refunds.

KEITH A WINZER                                      5/4/22                   DATE

ANDREA VEOLA WINZER                                 5/4/22                   DATE

Previous editions are obsolete
ICE Mortgage Technology, Inc.

Page 2 of 2

form **HUD-92900-B** (2/2020)
GBNI13  0121
GBNI (CLS)
05/03/2022 03:42 PM PST



May 3, 2022

Paramount Residential Mortgage Group, Inc.

# SETTLEMENT CERTIFICATION

**Property Address:**
**13383 East View Lane**
**Victorville, CA 92392**

**NOTICE TO ALL PARTIES:** If information is obtained which indicates that the source of the borrower's financial contribution is other than from the borrower or other than stated by the lender in its closing instructions, the settlement agent is to obtain written instructions from the lender before proceeding with settlement.

### CERTIFICATION OF BUYER IN AN FHA-INSURED LOAN TRANSACTION

I certify that I have no knowledge of any loans that have been or will be made to me (us) or loans that have been or will be assumed by me (us) for purposes of financing this transaction, other than those described in the sales contract dated **October 31, 2021**      (including addenda). I certify that I (we) have not been paid or reimbursed for any of the cash downpayment. I certify that I (we) have not and will not receive any payment or reimbursement for any of my (our) closing costs which have not been previously disclosed in the sales contract (including addenda) and/or my application for mortgage insurance submitted to my (our) mortgage lender.

_____      5/4/22
KEITH A WINZER                                                                                     DATE

_____      5/4/22
ANDREA VEOLA WINZER                                                                        DATE

**WARNING:** It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details, see: Title 18 U.S. Code Sections 1001 and 1010.

## CERTIFICATION OF SELLER IN AN FHA-INSURED LOAN TRANSACTION

I certify that I have no knowledge of any loans that have been or will be made to the borrower(s), or loans that have been or will be assumed by the borrower(s), for purposes of financing this transaction, other than those described in the sales contract dated **October 31, 2021**        (including addenda). I certify that I have not and will not pay or reimburse the borrower(s) for any part of the cash downpayment. I certify that I have not and will not pay or reimburse the borrower(s) for any part of the borrower's closing costs which have not been previously disclosed in the sales contract (including any addenda).

_____        _____
**ANGEL RAMIREZ (RICHMOND AMERICAN HOMES)**                **DATE**

## CERTIFICATION OF SETTLEMENT AGENT IN AN FHA-INSURED LOAN TRANSACTION

To the best of my knowledge, the Closing Disclosure is a true and accurate account of the funds which were (i) received, or (ii) paid outside closing, and the funds received have been or will be disbursed by the undersigned as part of the settlement of this transaction. I further certify that I have obtained the above certifications which were executed by the borrower(s) and seller(s) as indicated.



Settlement Agent                                         Date

The certifications contained herein may be obtained from the respective parties at different times or may be obtained on separate addenda.

**WARNING:** It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details, see: Title 18 U.S. Code Sections 1001 and 1010.

**U.S. Department of Housing and Urban Development**

## NOTICE TO PURCHASERS

---
### THE IMPORTANCE OF A HOME INSPECTION
---

**HUD DOES NOT WARRANT THE CONDITION OF A PROPERTY.** It is important for you to have a home inspection per-formed on the property you wish to purchase in order to identify any possible defects. Up to $200 of the cost to perform the inspection may be financed into your mortgage. Names of home inspection companies can be found in the yellow pages of your telephone directory under the heading "Home Inspection Services."

---
### WATCH OUT FOR LEAD-BASED PAINT POISONING!
---

If the home you intend to purchase was built before 1978, it may contain lead-based paint. About three out of every four pre-1978 buildings have lead-based paint.

### WHAT IS LEAD POISONING?

Lead poisoning means having high concentrations of lead in the body. **LEAD CAN:**
- Cause major health problems, especially in children under 7 years old.
- Damage a child's brain, nervous system, kidneys, hearing, or coordination.
- Affect learning.
- Cause behavior problems, blindness, and even death.
- Cause problems in pregnancy and affect a baby's normal development.

### WHO GETS LEAD POISONING?

*Anyone can get it,* but children under 7 are at the greatest risk, because their bodies are not fully grown and are easily damaged. The risk is worse if the child:
- Lives in an older home (built/constructed before 1978, and even more so before 1960).
- Does not eat regular meals (an empty stomach accepts lead more easily).
- Does not eat enough foods with iron or calcium.
- Has parents who work in lead-related jobs.
- Has played in the same places as brothers, sisters, and friends who have been lead poisoned. (Lead poison *cannot* be spread from person to person. It comes from contact with lead.)

Women of childbearing age are also at risk, because lead poisoning can cause miscarriages, premature births, and the poison can be passed onto their unborn babies.

### WHERE DOES IT COME FROM?

The lead hazards that children most often touch are *lead dust, leaded soil,* loose chips and chewable surfaces painted with lead-based paint. A child may be harmed when it puts into its mouth toys, pacifiers, or hands that have leaded soil or lead dust on them. Lead also comes from:
- Moving parts of windows and doors that can make lead dust and chips.
- Lead-based paint on windows, doors, wood trim, walls and cabinets in kitchens and bathrooms, on porches, stairs, railings, fire escapes and lamp posts.
- Soil next to exterior of buildings that have been painted with lead-based paint and leaded gasoline dust in soil near busy streets.
- Drinking water. (pipes and solder)
- Parents who may bring lead dust home from work on skin, clothes, and hair.
- Colored newsprint and car batteries.
- Highly glazed pottery and cookware from other countries.
- Removing old paint when refinishing furniture.

In recent years some uses of lead in products that could cause lead poisoning have been reduced or banned. This is true for lead in gasoline, lead in solder used in water pipes, and lead in paint. Still, a great deal of lead remains in and around older homes, and lead-based paint and accompanying lead dust are seen as the major sources.

### HOW DO I KNOW IF MY CHILD IS AFFECTED?

Is your child:
- cranky?
- vomiting?
- tired?
- unwilling to eat or play?
- complaining of stomachaches or headaches?
- unable to concentrate?
- hyperactive?
- playing with children who have these symptoms?

These *can* be signs of lead poisoning. However, your children might not show these signs and yet be poisoned; only your clinic or Doctor can test for sure.

### WHAT CAN I DO ABOUT IT?

Your child should first be tested for lead in the blood between six months and one year old. Ask the clinic or your doctor to do it during a regular checkup. Your doctor will tell you how often you should have your child tested after that. A small amount of lead in the blood may not make your child seem very sick, but it can affect how well he or she can learn. If your child does have high amounts of lead in the blood, you should seek treatment and have your home tested for lead-based paint and lead dust.

LOAN #: 4255791435

### HOW DO I KNOW IF MY HOME HAS LEAD-BASED PAINT?

The appraisal does not determine whether a home actually has lead-based paint. It only identifies whether there are defective paint surfaces in a home that *might* have lead-based paint. Therefore, the only way you can know for sure is to have the home tested by a qualified firm or laboratory. Both the interior and exterior should be tested. You should contact your local health or environmental office for help.

### WHAT DO I DO IF MY HOME DOES HAVE LEAD?

*Do not try to get rid of lead-based paint yourself, you could make things worse for you and your family.* If your home contains lead-based paint, contact a company that specializes in lead-based paint abatement. Have professionals do the job correctly and safely. This may cost thousands of dollars, depending on the amount of lead-based paint and lead dust found in your home, but it will also protect you and your children from the effects of lead poisoning. In the meantime, there are things you can do *immediately* to protect your child:

- Keep your child away from paint chips and dust.
- Wet-mop floors and wipe down surfaces often, especially where the floors and walls meet. Be sure to clean the space where the window sash rests on the sill. Keeping the floor clear of paint chips, dust and dirt is easy and very important. *Do not sweep or vacuum lead-based paint chips or lead dust with an ordinary vacuum cleaner.* Lead dust is so fine it will pass through a vacuum cleaner bag and spread into the air you breathe.
- Make sure your children wash their hands frequently and always before eating.
- Wash toys, teething rings, and pacifiers frequently.

### WILL HUD INSURE A MORTGAGE LOAN ON A HOME
### WITH LEAD-BASED PAINT?

HUD may insure a mortgage on a house even with lead-based paint if defective paint surfaces are treated. HUD *will not* remove it. You will have to pay for the cost of removal yourself.

### ACKNOWLEDGEMENT

I acknowledge that I have received and read a copy of this Notice before signing the sales contract to purchase my property.

_____     5/4/22
**KEITH A WINZER**                                                                          **DATE**

_____     5/4/22
**ANDREA VEOLA WINZER**                                                                **DATE**

# HUD Addendum to Uniform Residential Loan Application

OMB Approval No. HUD: 2502-0059 (exp. 12/31/2023)

| Part I – Identifying Information<br>HUD/FHA Application for Insurance under the National Housing Act and Borrower Certification | FHA Case No. (include any suffix)<br>194-2054725-703 | Mortgage<br>Case No.<br>4255791435 |
|---|---|---|

| Mortgagee ID<br>2294400005 | Sponsor ID | Agent ID |
|---|---|---|
| Mortgagee Name, Address (include ZIP Code) and Telephone Number<br>Paramount Residential Mortgage Group, Inc.<br>1265 Corona Pointe Court Suite 301<br>Corona, CA 92879<br>NMLS ID: 75243 Tax ID: 330975529<br>951-278-0000<br><br>Type or print all entries clearly | Name and Address of Sponsor | Name and Address of Agent |
| Borrower's Name & Present Address (include ZIP Code)<br>Keith A Winzer<br>1262 East 87th Place<br>Los Angeles, CA 90002 | Property Address<br>(include name of subdivision, lot & block no., & ZIP Code)<br>13383 East View Lane<br>Victorville, CA 92392 | |

| Sponsored<br>Originations | Name of Third-Party Originator | NMLS ID of<br>Third-Party Originator |
|---|---|---|

## Part II – Borrower Consent for Social Security Administration to Verify Social Security Number

I authorize the Social Security Administration (SSA) to verify my Social Security Number (SSN) to the Mortgagee and HUD/FHA. I authorize SSA to provide explanatory information to HUD/FHA in the event of a discrepancy. This consent is valid for 180 days from the date signed, unless indicated otherwise by the individual(s) named in this loan application.

**Signature(s) of Borrower(s)** – Read consent carefully. Review accuracy of Social Security Number(s) provided on this application.

| Borrower's Name: Keith A Winzer | Co-Borrower's Name: |
|---|---|
| Date of Birth: September 20, 1969 | Date of Birth: |
| Social Security Number: 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 | Social Security Number: |

Signature(s) of Borrower(s)    Date Signed

  5/4/22

Keith A Winzer    **DATE**

Signature(s) of Co-Borrower(s)    Date Signed

## Part III – Borrower Notices, Information, and Acknowledgment

### Public Reporting Burden

Public reporting burden for this collection of information is estimated to average 10 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. This agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless that collection displays a valid OMB control number, which can be located on the OMB internet page at http://www.reginfo.gov/public/do/PRAMain.

### Privacy Act Information

The information requested on the Uniform Residential Loan Application and this Addendum is authorized by the National Housing Act of 1934, 12 U.S.C. § 1701, et seq. The Debt Collection Act of 1982, Pub. L. 97-365, and HUD's Housing and Community Development Act of 1987, 42 U.S.C. § 3543, require persons applying for a federally insured loan to furnish their SSN. You must provide all the requested information, including your SSN. HUD may conduct a computer match to verify the information you provide. HUD may disclose certain information to Federal, State and local agencies when relevant to civil, criminal, or regulatory investigations and prosecutions. It will not otherwise be disclosed or released outside of HUD except as required and permitted by law. The information will be used to determine whether you qualify as a mortgagor. Failure to provide any of the requested information, including SSN, may result in disapproval of your loan application. This is notice to you as required by the Right to Financial Privacy Act of 1978 that HUD/FHA has a right of access to financial records held by financial institutions in connection with the consideration or administration of assistance to you. Financial records involving your transaction will be available to HUD/FHA without further notice or authorization but will not be disclosed or released by the institution to another Government Agency or Department without your consent except as required or permitted by law.

| WARNING: This warning applies to all certifications made in this document.<br>Anyone who knowingly submits a false claim, or makes false statements is subject to criminal and civil penalties, including confinement for up to 5 years, fines, and civil penalties. 18 U.S.C. §§ 287, 1001 and 31 U.S.C. § 3729 |
|---|

ICE Mortgage Technology, Inc.    Page 1

form HUD-92900-A (02/2020)
GAUL2JEM21_S    0821
GAUL1JEM (CLS)
05/03/2022 03:42 PM PST

Borrower Name: __Keith A Winzer__                                    FHA Case No.: __194-2054725-703__

**Caution: Delinquencies, Defaults, Foreclosures and Abuses**

Delinquencies, defaults, foreclosures and abuses of mortgage loans involving programs of the Federal Government can be costly and detrimental to your credit, now and in the future. The Mortgagee in this transaction, its agents and assigns, as well as the Federal Government, its agencies, agents and assigns are authorized to take any and all of the following actions in the event loan payments become delinquent on the mortgage loan described in the attached application: (1) Report your name and account information to a credit bureau; (2) Assess additional interest and penalty charges for the period of time that payment is not made; (3) Assess charges to cover additional administrative costs incurred by the Federal Government to service your account; (4) Offset amounts owed to you under other Federal programs; (5) Refer your account to a private attorney, collection agency or mortgage servicing agency to collect the amount due, foreclose the mortgage, sell the property, and seek judgment against you for any deficiency; (6) Refer your account to the Department of Justice (DOJ) for litigation in the courts; (7) If you are a current or retired Federal employee, take action to offset your salary, or civil service retirement benefits; (8) Refer your debt to the Internal Revenue Service for offset against any amount owed to you as an income tax refund; and (9) Report any resulting written off debt of yours to the Internal Revenue Service as your taxable income. All of these actions may be used to recover any debts owed when it is determined to be in the interest of the Mortgagee or Federal Government, or both.

As a mortgage loan borrower, you will be legally obligated to make the mortgage payments called for by your mortgage loan contract. The fact that you dispose of your property after the loan has been made will not relieve you of liability for making these payments. Payment of the loan in full is ordinarily the way liability on a mortgage note is ended. Some home buyers have the mistaken impression that if they sell their homes when they move to another locality, or dispose of it for any other reasons, they are no longer liable for the mortgage payments and that liability for these payments is solely that of the new owners. Even through the new owners may agree in writing to assume liability for your mortgage payments, this assumption agreement will not relieve you from liability to the holder of the note which you signed when you obtained the loan to buy the property. Unless you are able to sell the property to a buyer who is acceptable to HUD/FHA who will assume the payment of your obligation to the lender, you will not be relieved from liability to repay any claim which HUD/FHA may be required to pay your lender on account of default in your loan payments. The amount of any such claim payment may be a debt owed by you to the Federal Government and subject to established collection procedures.

**Fair Housing Act**

I and anyone acting on my behalf are, and will remain, in compliance with the Fair Housing Act, 42 U.S.C. § 3604, et seq., with respect to the dwelling or property covered by the loan and in the provision of services or facilities in connection therewith. I recognize that any restrictive covenant on this property related to race, color, religion, sex, disability, familial status, or national origin is unlawful under the Fair Housing Act and unenforceable. I further recognize that in addition to administrative action by HUD, a civil action may be brought by the DOJ in any appropriate U.S. court against any person responsible for a violation of the applicable law.

**Certification and Acknowledgment**

All information in this application is given for the purpose of obtaining a loan to be insured under the National Housing Act and the information in the Uniform Residential Loan Application and this Addendum is true and complete to the best of my knowledge and belief. Verification may be obtained from any source named herein. I have read and understand the foregoing concerning my liability on the loan and Part III, Borrower Notices, Information, and Acknowledgment.

**Signature(s) of Borrower(s)** – Do not sign unless this application is fully completed. Read the certification carefully and review accuracy of this application.

| Signature(s) of Borrower(s) | Date Signed | Signature(s) of Co-Borrower(s) | Date Signed |
|---|---|---|---|
|  | 5/4/22 | | |
| Keith A Winzer | DATE | | |

ICE Mortgage Technology, Inc.                          Page 2

form HUD-92900-A (02/2020)
GAUL2JEM21_S  0821
GAUL1JEM (CLS)
05/03/2022 03:42 PM PST

Borrower Name: __Keith A Winzer__                                    FHA Case No.: __194-2054725-703__

## Part IV – Direct Endorsement Approval for a HUD FHA-Insured Mortgage

### A. Underwriting the Borrower

Date Mortgage Approved: __May 3, 2022__                    Date Approval Expires: __July 27, 2022__

For mortgages rated as an "accept" or "approve" by FHA's TOTAL Mortgage Scorecard:
- The information submitted to TOTAL was documented in accordance with Single Family Housing Policy Handbook 4000.1 (SF Handbook) and accurately represents the final information obtained by the mortgagee; and
- This mortgage complies with SF Handbook 4000.1 Section II.A.4.e Final Underwriting Decision (TOTAL) to the extent that no defect exists in connection with the underwriting of this mortgage such that it should not have been approved in accordance with FHA requirements.

I certify that the statements above are materially correct, with the understanding that, in the event HUD elects to pursue a claim arising out of or relating to any inaccuracy of this certification, HUD will interpret the severity of such inaccuracy in a manner that is consistent with the HUD Defect Taxonomy in effect as of the date this mortgage is endorsed for insurance.

Mortgagee Representative Signature: _____

Printed Name: __Mary Dotson_____

Title: _____

- - - - - - - - - - - - - **OR** - - - - - - - - - - - - -

For mortgages rated as a "refer" by FHA's TOTAL Mortgage Scorecard, or manually underwritten by a Direct Endorsement underwriter:
- I have personally reviewed and underwritten the borrower's credit application;
- The information used to underwrite the borrower was documented in accordance with Single Family Housing Policy Handbook 4000.1 (SF Handbook) and accurately represents the final information obtained by the mortgagee; and
- This mortgage complies with SF Handbook 4000.1 Section II.A.5.d Final Underwriting Decision (Manual) to the extent that no defect exists in connection with the underwriting of this mortgage such that it should not have been approved in accordance with FHA requirements.

I certify that the statements above are materially correct, with the understanding that in the event HUD elects to pursue a claim arising out of or relating to any inaccuracy of this certification, HUD will interpret the severity of such inaccuracy in a manner that is consistent with the HUD Defect Taxonomy in effect as of the date this mortgage is endorsed for insurance.

Direct Endorsement Underwriter Signature: _____ DE's ID Number: _____

### B. Underwriting the Property

For all mortgages where FHA requires an appraisal, I have personally reviewed and underwritten the appraisal according to FHA requirements. I certify that the statements above are materially correct, with the understanding that in the event HUD elects to pursue a claim arising out of or relating to any inaccuracy of this certification, HUD will interpret the severity of such inaccuracy in a manner that is consistent with the HUD Defect Taxonomy in effect as of the date this mortgage is endorsed for insurance.

Direct Endorsement Underwriter Signature: _____ DE's ID Number: __DR12__
                                        Mary Dotson



form **HUD-92900-A** (02/2020)
GAUL2JEM21_S   0821
GAUL1JEM (CLS)
05/03/2022 03:42 PM PST

Borrower Name:  **Keith A Winzer**                                                    FHA Case No.:  **194-2054725-703**

## Part V. – Mortgagee's Certification

- I have personally reviewed the mortgage documents and the application for insurance endorsement; and
- This mortgage complies with SF Handbook 4000.1 Section II.A.7 Post-Closing and Endorsement to the extent that no defect exists that would have changed the decision to endorse or submit the mortgage for insurance.

I certify that the statements above are materially correct, with the understanding that in the event HUD elects to pursue a claim arising out of or relating to any inaccuracy of this certification, HUD will interpret the severity of such inaccuracy in a manner that is consistent with the HUD Defect Taxonomy in effect as of the date this mortgage is endorsed for insurance.

| Mortgagee |  |
|---|---|
| **Paramount Residential Mortgage Group, Inc.** |  |
| Name of Mortgagee's Representative |  |
| **Mary Dotson** |  |
| Title of Mortgagee's Representative |  |
| **Underwriter** |  |
| Signature of the Mortgagee's Representative | Date |



form **HUD-92900-A** (02/2020)
GAUL2JEM21_S   0821
GAUL1JEM (CLS)
05/03/2022 03:42 PM PST

LOAN #: 4255791435

# USA PATRIOT ACT INFORMATION FORM
### Customer Identification Verification

To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies every customer. When applying for a loan, applicants will be asked for their name, address, date of birth, and other information that will allow lenders to identify them. Applicants may also be asked to show their driver's license or other identifying documents.

**THE FOLLOWING CUSTOMER INFORMATION MUST BE OBTAINED TO BE IN COMPLIANCE WITH THE USA PATRIOT ACT. THIS INFORMATION MUST BE RETAINED FOR FIVE YEARS AFTER THE ACCOUNT IS CLOSED.**

Borrower Name:  **Keith A Winzer**

Date of Birth:  **September 20, 1969**

Residential Address:  **1262 East 87th Place Los Angeles, CA 90002**

Tax Identification Number (SSN):  **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**

COMPLETE A SEPARATE FORM FOR <u>EACH</u> BORROWER.

FORMS OF IDENTIFICATION: Only One form of Verification is Required.

| First Document List - | Country/State of Origin | ID Number | Issuance Date | Expiration Date |
|---|---|---|---|---|
| ☑ State Issued Driver License | USA / CA | B3797670 | 9-20-2019 | 9-20-2024 |
| ☐ State Issued ID Card | | | | |
| ☐ Military ID Card | | | | |
| ☐ Passport | | | | |
| ☐ US Alien Registration Card | | | | |
| ☐ Canadian Driver License | | | | |

| Second Document List - | Name of Issuer on Form | ID Number | Issuance Date | Expiration Date |
|---|---|---|---|---|
| ☐ Social Security Card | U.S. Govt | | | |
| ☐ Government Issued Visa | | | | |
| ☐ Non-US/Canadian Driver License | | | | |
| ☐ Most Recent Signed Tax Returns[1] | ☐ Fed  ☐ State | TIN: | | |
| ☐ Property Tax Bill | | APN: | | |
| ☐ Voter Registration Card | | | | |
| ☐ Organizational Membership Card | | | | |
| ☐ Bank/Investment/Loan Statements[1] | | | | |
| ☐ Paycheck stub with name[1] | | | | |
| ☐ Most Recent W-2[1] | | | | |
| ☐ Home/car/renter insurance papers | | | | |
| ☐ Recent utility bill | | | | |

[1] Do not verify identity with documents that illustrate income and/or assets if the documentation type for this loan precludes collection of such documentation.

Comments: _____

I certify that I have personally viewed and accurately recorded the information from the documents identified above, and have reasonably confirmed the identity of the Borrower.

_____     Meloday Esparza, SA     5-4-2022
Signature                             Printed Name/Title                      Date

ICE Mortgage Technology, Inc.

G3PATRIO  0911
G3PATRIO (CLS)
05/03/2022 03:43 PM PST



LOAN #: 4255791435

## USA PATRIOT ACT INFORMATION FORM
### Customer Identification Verification

To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies every customer. When applying for a loan, applicants will be asked for their name, address, date of birth, and other information that will allow lenders to identify them. Applicants may also be asked to show their driver's license or other identifying documents.

**THE FOLLOWING CUSTOMER INFORMATION MUST BE OBTAINED TO BE IN COMPLIANCE WITH THE USA PATRIOT ACT. THIS INFORMATION MUST BE RETAINED FOR FIVE YEARS AFTER THE ACCOUNT IS CLOSED.**

Borrower Name: **Andrea Veola Winzer**          Date of Birth: **August 15, 1987**

Residential Address: **13247 Foothill Blvd Apartment 14206 Rancho Cucamonga, CA 91739**          Tax Identification Number (SSN): **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**

COMPLETE A SEPARATE FORM FOR <u>EACH</u> BORROWER.

FORMS OF IDENTIFICATION: Only One form of Verification is Required.

| First Document List - | Country/State of Origin | ID Number | Issuance Date | Expiration Date |
|---|---|---|---|---|
| ☑ State Issued Driver License | USA / CA | D9516727 | 7-29-2017 | 8-15-2022 |
| ☐ State Issued ID Card | | | | |
| ☐ Military ID Card | | | | |
| ☐ Passport | | | | |
| ☐ US Alien Registration Card | | | | |
| ☐ Canadian Driver License | | | | |

| Second Document List - | Name of Issuer on Form | ID Number | Issuance Date | Expiration Date |
|---|---|---|---|---|
| ☐ Social Security Card | U.S. Govt | | | |
| ☐ Government Issued Visa | | | | |
| ☐ Non-US/Canadian Driver License | | | | |
| ☐ Most Recent Signed Tax Returns[1] | ☐ Fed  ☐ State | TIN: | | |
| ☐ Property Tax Bill | | APN: | | |
| ☐ Voter Registration Card | | | | |
| ☐ Organizational Membership Card | | | | |
| ☐ Bank/Investment/Loan Statements[1] | | | | |
| ☐ Paycheck stub with name[1] | | | | |
| ☐ Most Recent W-2[1] | | | | |
| ☐ Home/car/renter insurance papers | | | | |
| ☐ Recent utility bill | | | | |

[1] Do not verify identity with documents that illustrate income and/or assets if the documentation type for this loan precludes collection of such documentation.

Comments: _____
_____
_____

I certify that I have personally viewed and accurately recorded the information from the documents identified above, and have reasonably confirmed the identity of the Borrower.

| Melodee Esparza (signature) | Melodee Esparza, SA | 5-4-2022 |
|---|---|---|
| Signature | Printed Name/Title | Date |

ICE Mortgage Technology, Inc.



LOAN #: 4255791435

# NOTICE TO SETTLEMENT AGENTS

CASE #: 194-2054725-703
Escrow No.: RCO-6599404

Date: **May 3, 2022**

To:   Settlement Agent & Address
**First America Title**
**1250 Corona Pointe Court Ste 200**
**Corona, CA 92879**

From:  Lender's Name & Address
**Paramount Residential Mortgage Group, Inc.**
**1265 Corona Pointe Court, Suite 301**
**Corona, CA 92879**

Borrower's Name & Property Address:
**Keith A Winzer**
**Andrea Veola Winzer**
**13383 East View Lane**
**Victorville, CA 92392**

The borrowers in this FHA-insured transaction must, from their own funds, make the required earnest money deposit, pay closing costs and make the required downpayment required by FHA, unless otherwise explained below. In order to assist in assuring that the borrowers in this transaction have met their financial obligations, you are to have executed the certifications contained on the form enclosed herewith by both the borrower and seller. You also are to execute and date the certification as indicated. Your executed certification notes receipt of the other certifications.  You should make these certifications an addendum to the Closing Disclosure and provide copies to all parties receiving copies of such statement. If you have actual knowledge that the source of such funds is other than from the borrower (except as described below) you are not to disburse any loan proceeds and must immediately notify **Paramount Residential Mortgage Group, Inc. .**

Approved Mortgagee contact:  **Sandee K Evans**
Phone Number:  **951-278-0000**

You may only proceed with the closing upon receipt of written instructions from
**Paramount Residential Mortgage Group, Inc. .**

Source of funds other than from borrower:

The Closing Disclosure must be completed to show the amount and source of any funds being contributed on behalf of the borrower or deposited with the lender.

BY: _Kathleen for L. Braly_

TITLE: _Escrow Officer_

GNTS 0920

GNTS (CLS)
05/03/2022 03:42 PM PST

## Notice to Homeowner
**Assumption of HUD/FHA Insured Mortgages**
**Release of Personal Liability**

| | |
|---|---|
| FHA Case Number: **194-2054725-703** |
| Loan Number: **4255791435** |

You are legally obligated to make the monthly payments required by your mortgage (deed of trust) and promissory note.

The Department of Housing and Urban Development (HUD) has acted to keep investors and non-creditworthy purchasers from acquiring one-to-four family residential properties covered by certain FHA-insured mortgages. There are minor exceptions to the restriction on investors: loans to public agencies and some non-profit organizations, Indian tribes or service persons; and loans under special mortgage insurance programs for property sold by HUD, rehabilitation loans or refinancing of insured mortgages. Your lender can advise you if you are included in one of these exceptions.

HUD will therefore direct the lender to accelerate this FHA-insured mortgage loan if all or part of the property is sold or transferred to a purchaser or recipient (1) who will not occupy the property as his or her principal residence, or (2) who does occupy the property _but_ whose credit has not been approved in accordance with HUD requirements. This policy will apply except for certain sales or transfers where acceleration is prohibited by law.

When a loan is accelerated, the entire balance is declared "immediately due and payable." Since HUD will not approve the sale of the property covered by this mortgage to an investor or to a person whose credit has not been approved, you, the original homeowner, would remain liable for the mortgage debt even though the title to the property might have been transferred to the new buyer.

Even if you sell your home by letting an approved purchaser (that is, a creditworthy owner-occupant) assume your mortgage, you are still liable for the mortgage debt unless you obtain a <u>release from liability</u> from your mortgage lender. FHA-approved lenders have been instructed by HUD to prepare such a release when an original homeowner sells his or her property to a creditworthy purchaser who executes an agreement to assume and pay the mortgage debt and thereby agrees to become the <u>substitute mortgagor</u>. The release is contained in Form HUD-92210-1, ("Approval of Purchaser and Release of Seller"). You should ask for it if the mortgage lender does not provide it to you automatically when you sell your home to a creditworthy owner-occupant purchaser who executes an agreement to assume personal liability for the debt. When this form is executed, you are no longer liable for the mortgage debt.

You must sign and date this Notice as indicated, return one copy to your lender as proof of notification and keep one copy for your records.

_signature_                              5/4/22
_____         _____
**KEITH A WINZER**                                **DATE**

_signature_                              5/4/22
_____         _____
**ANDREA VEOLA WINZER**                           **DATE**

ICE Mortgage Technology, Inc.



GNTO 0916
GNTO (CLS)
05/03/2022 03:42 PM PST

## HUD APPRAISED VALUE DISCLOSURE

Borrower(s):
**Keith A Winzer**
**Andrea Veola Winzer**

Lender:
**Paramount Residential Mortgage Group, Inc.**

Property Address: **13383 East View Lane, Victorville, CA 92392**

Loan Number: **4255791435**

I (We) understand that my (our) application for a FHA-insured mortgage is being processed under the Direct Endorsement (DE) program. The Lender has advised me (us) that the appraiser has assigned a value of **$481,000.00** to the property being purchased. I am (We are) aware that the final determination of value for mortgage insurance purposes will be made by the DE underwriter after he/she reviews the report. It is understood that I (we) may elect to cancel the application or renegotiate with the seller if the DE underwriter reduces the value below the amount set forth in the sales contract or requires additional repairs for which the seller will not be responsible.

_____    5/4/22
KEITH A WINZER                                        DATE

_____    5/4/22
ANDREA VEOLA WINZER                                   DATE



## TAX RECORD INFORMATION SHEET

**THIS FORM MUST BE COMPLETED BY TITLE OFFICER, ESCROW OFFICER AND/OR CLOSING ATTORNEY AND SIGNED BY SAME.**

**THIS SHEET MUST BE COMPLETELY FILLED OUT OR IT WILL BE RETURNED FOR COMPLETION.**

INSTRUCTIONS FOR COMPLETION OF TAX RECORDS:
1. Tax legal description must be exactly as shown on tax records.
2. Show **only** all taxing authority where we are escrowing for payment.
3. Tax bills & information are obtained from this sheet. Therefore, it must be completed in full. Include any Assessments, Municipal Utility Districts, Ground Rents, etc. that are escrowed for payment.

The following information is Certified by: __Christe Mc Mullen__
DATE LOAN CLOSED: __May 3, 2022__                              TITLE/ESCROW/CLOSING ATTORNEY

REFINANCE [   ] Yes [ × ] No
LOAN # __4255791435__
BORROWER(S) NAME: **Keith A Winzer**
                             **Andrea Veola Winzer**

TAXES FOR CURRENT YEAR LISTED IN NAME OF: _____

PROPERTY ADDRESS: **13383 East View Lane**
                                **Victorville, CA 92392**

CURRENT TAX ASSESSMENT BASED ON:
[   ] ACREAGE    [   ] VACANT    [   ] PARTIAL CONSTRUCTION    [   ] COMPLETE CONSTRUCTION
LEGAL DESCRIPTION:
SECTION _____ BLOCK _____ LOT(S) _____ TRACT _____
MAP _____ UNIT# _____ TWNSHP _____ RANGE _____
SUBDIVISION _____
METES & BOUNDS    [   ] YES    [   ] NO

TYPE OF TAX **County Tax**                    LAST AMOUNT PAID _____
CURRENT TAXES PAID THRU DATE _____    NEXT DUE DATE **11/01/2022**
NEXT AMOUNT DUE **$3,009.78**                 -THIS AMOUNTS IS [   ] ESTIMATE    [   ] ACTUAL
PAYMENT FREQUENCY:
[   ] ANNUAL    [ × ] SEMI-ANNUAL    [   ] QUARTERLY    [   ] TRI-ANNUAL
TAXING AUTHORITY NAME & ADDRESS:              PARCEL/PROPERTY ID/TMS #
_____                                 **3094-091-62-0-000**
_____                                 PARCEL/PROPERTY ID/TMS #
_____

TYPE OF TAX _____                      LAST AMOUNT PAID _____
CURRENT TAXES PAID THRU DATE _____    NEXT DUE DATE _____
NEXT AMOUNT DUE _____                  -THIS AMOUNTS IS [   ] ESTIMATE    [   ] ACTUAL
PAYMENT FREQUENCY:
[   ] ANNUAL    [   ] SEMI-ANNUAL    [   ] QUARTERLY    [   ] TRI-ANNUAL
TAXING AUTHORITY NAME & ADDRESS:              PARCEL/PROPERTY ID/TMS #
_____                                 PARCEL/PROPERTY ID/TMS #
_____
_____

TYPE OF TAX _____                      LAST AMOUNT PAID _____
CURRENT TAXES PAID THRU DATE _____    NEXT DUE DATE _____
NEXT AMOUNT DUE _____                  -THIS AMOUNTS IS [   ] ESTIMATE    [   ] ACTUAL
PAYMENT FREQUENCY:
[   ] ANNUAL    [   ] SEMI-ANNUAL    [   ] QUARTERLY    [   ] TRI-ANNUAL
TAXING AUTHORITY NAME & ADDRESS:              PARCEL/PROPERTY ID/TMS #
_____                                 PARCEL/PROPERTY ID/TMS #
_____
_____



LOAN #: 4255791435

TYPE OF TAX _____          LAST AMOUNT PAID _____
CURRENT TAXES PAID THRU DATE _____          NEXT DUE DATE _____
NEXT AMOUNT DUE _____          -THIS AMOUNTS IS [    ]ESTIMATE    [    ] ACTUAL
**PAYMENT FREQUENCY:**
[    ] ANNUAL    [    ] SEMI-ANNUAL    [    ] QUARTERLY    [    ] TRI-ANNUAL
**TAXING AUTHORITY NAME & ADDRESS:**          PARCEL/PROPERTY ID/TMS #

_____          PARCEL/PROPERTY ID/TMS #
_____
_____


TYPE OF TAX _____          LAST AMOUNT PAID _____
CURRENT TAXES PAID THRU DATE _____          NEXT DUE DATE _____
NEXT AMOUNT DUE _____          -THIS AMOUNTS IS [    ]ESTIMATE    [    ] ACTUAL
**PAYMENT FREQUENCY:**
[    ] ANNUAL    [    ] SEMI-ANNUAL    [    ] QUARTERLY    [    ] TRI-ANNUAL
**TAXING AUTHORITY NAME & ADDRESS:**          PARCEL/PROPERTY ID/TMS #

_____          PARCEL/PROPERTY ID/TMS #
_____
_____


**SETTLEMENT AGENT** _____

NOTE: The management of First
American Title will not permit the
completion of this form. If you have any
questions, please feel free to contact
First American.

GTXI   0817
GTXI (CLS)
05/03/2022 03:43 PM PST



LOAN #: 4258791435

# AFFIDAVIT OF OCCUPANCY

STATE OF **CALIFORNIA**                         }
COUNTY OF **San Bernardino**                    } SS.
**13383 East View Lane**
**Victorville, CA 92392**

Before me, the undersigned authority duly authorized to take acknowledgments and administer oaths personally appeared:  **Keith A Winzer AND Andrea Veola Winzer**

("Affiants") who, upon being duly sworn, depose and say as follows:

1.   Affiants hereby certify that, upon taking title to the real property described above, their occupancy status will be as follows:

[ × ]  1.1  **Primary Residence:** At least one borrower will occupy, establish, and use the Property identified above as my/our principal residence within 60 days after the execution of the Security Instrument and shall continue to occupy the Property as my/our principal residence for at least one year after the date of occupancy, unless Lender otherwise agrees in writing.

[   ]  1.2  **Second Home:** At least one borrower will occupy the property as a second home (vacation, etc) while maintaining a principal residence elsewhere.

[   ]  1.3  **Investment Property:** Not owner occupied. Purchased as an investment to be held or rented.

[   ]  1.4  **REFINANCES ONLY**
I/We the undersigned certify that the property referenced above is NOT currently listed for sale or under contract to be listed for sale.

**I/We the undersigned acquired the property on**

2.   Affiants acknowledge that this Affidavit of Occupancy is given as a material inducement to cause: **Paramount Residential Mortgage Group, Inc.**

to make a mortgage loan to Affiants and that any false statements, misrepresentations or material omissions shall constitute a breach of the Affiant's obligation to: **Paramount Residential Mortgage Group, Inc.**

and that all the provisions of the mortgage indenture concerning default on the Promissory Note will thereupon be in full force and effect.

3.   Affiants further acknowledge that they have read and understand the following:
**18 United States Code Section 1014:**
"Whoever knowingly makes any false statement or report,...for the purpose of influencing in any way the action of...any institution the accounts of which are insured by the Federal Deposit Insurance Corporation, any Federal home loan bank, the Federal Housing Finance Board, the Federal Deposit Insurance Corporation, the Farm Credit System Insurance Corporation, or the National Credit Union Administration Board,...upon any application,...or loan,...shall be fined not more than $1,000,000 or imprisoned not more than 30 years or both."

4.   The agreements and covenants contained herein shall survive the closing of the mortgage loan transaction.

_____   5/4/22
**KEITH A WINZER**     **DATE**

_____   5/4/22
**ANDREA VEOLA WINZER**     **DATE**

LOAN #: 4255791435

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of CALIFORNIA
County of SAN BERNARDINO

On  5-4-2022            , before me, Melodee Esparza, Notary Public
(here insert name and title of the officer), personally appeared KEITH A WINZER AND ANDREA VEOLA WINZER, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/ their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

Melodee Esparza          (NOTARY)



(SEAL)

GAOC  1017
GAOC (CLS)
05/03/2022 03:43 PM PST

